# EXHIBIT 21

Declaration of Peter Rukin in Support of Plaintiffs' Motion for Class Certification and
Appointment as Class Counsel
*Alfred et al. v. Pepperidge Farm, Inc.*; Case No.: 2:14-cv-7086-JAK-RZx

Exhibit 21
Page 303

Expert Statement
Method for calculating truck driver cost of operations

Alfred & Barrish v Pepperidge Farm

Michael H. Belzer, PhD
Sound Science, Inc.
P.O. Box 130484
Ann Arbor MI 48113-0484

1.      I am Associate Professor of Economics at Wayne State University in Detroit Michigan and President of Sound Science, Inc., a consulting firm specializing in issues of transportation economics and commercial motor vehicle operator health and safety issues, with special expertise in the trucking industry. I founded the Transportation Research Board of the National Academies Committee on Trucking Industry Research and after serving as chairman of the committee (and the task force that preceded it) for thirteen years, I currently serve as Emeritus member. I also am a member of the TRB Committees on Freight Transportation Economics and Regulation, the TRB Committee on Truck and Bus Safety, and the National Institute for Occupational Safety and Health (NIOSH) National Occupational Research Agenda (NORA) Sector Council for Transportation, Warehousing, and Utilities. I also served on the Research Advisory Council of the American Transportation Research Institute, the not-for-profit arm of the American Trucking Associations.

2.      I have been asked to determine whether I can develop mileage rates that give a reasonable calculation of the expenses incurred by the Sales Development Associates (SDAs) involved in Alfred & Barrish v Pepperidge Farm. I can devise a study that would gather information from a sample of such SDAs and use it to verify my estimation.

3.      I have been retained at the rate of $300 per hour for all time spent actively working on this case.

4.      In connection with preparing this statement, I received the following documents:
First Amended Complaint
Second Amended Complaint
Proposed Standing Protective Order
John Lucas-video taped deposition
John Lucas-Exhibit 6
Consignment Agreement4
Pepperidge_Farm_Distributorship_FAQ

1

Exhibit 21
Page 304

5.      I have been deposed twice and testified once in a trial during the past four years. See Exhibit 1.

6.      I am competent to serve as an expert witness in this case because I have many decades of experience both in the trucking industry and as a scholar who has studied and continues to study this industry intensively.  In addition to the expertise proffered in my *curriculum vitae* (which is attached to this report as Exhibit 2)[1], before I went to graduate school I drove a tractor-trailer for approximately 750,000 miles over the course of approximately ten years, including a year and a half in the bread-and-snack industry.  While I have never been an owner-driver (which SDAs are alleged to be by Pepperidge Farm), I have served on the Board of the Owner Operator Independent Drivers Association Foundation and have surveyed owner-operators intensively regarding their costs of operation.  I am very familiar with their operations and costs.

7.      As my *curriculum vitae* shows, I have led, conducted, or advised on numerous studies on the trucking industry that address the issue of driver expenses (cost of operation) as well as compensation.  These studies have shown that it is possible to determine with a reasonable degree of precision the truck operator's cost of operation (the truck operator's expenses).  I have conducted surveys on line, via telephone, and by mail, as well as participated in focus groups on various trucking issues.

8.      These studies include, but are not limited to:

☐ Consultant to the National Institute for Occupational Safety and Health truck driver survey, 2009-2010.
☐ Research design concept for possible truck driver survey, for the U.S. Department of Transportation Federal Motor Carrier Safety Administration, under a consulting contract of Sound Science, Inc. with ICF Consulting. Submitted February 7, 2006.
☐ Owner-Operator Cost-of-Operations Survey, an on-line survey of owner-operators that provided owner-drivers with a spreadsheet with which they could maintain financial and operational records, while providing us with data on this hitherto undocumented population.  This survey was sponsored by the Owner Operator Independent Drivers Association (OOIDA), a 100,000-member association of truck drivers, most of whom own their own trucks.
☐ Survey of owner-drivers in support of "Worker Representation in the Truckload Sector: What Do Truckers Want?" *Proceedings of the 53rd Annual Meeting of the Industrial Relations Research Association*, January 5-7 2001, New Orleans, Louisiana. Champaign, IL: Industrial Relations Research Association, 2001, pp. 133-143.

---

[1] My CV also lists all of my publications in the field for at least the past ten years.

Exhibit 21
Page 305

☐ Survey of truckload carriers' compensation practices and support for and analysis of a survey of driver compensation used in "Impact of Compensation Practices on Number of Citations & Recordable Accidents Incurred", a study for the U.S. Department of Transportation, Federal Highway Administration and Federal Motor Carrier Safety Administration (formerly Office of Motor Carriers, Federal Highway Administration) in a subcontract from Science Applications International Corporation, funded both by FMCSA and by the Sloan Foundation (1998 – 2002).  Principal Investigator at University of Michigan Institute of Labor and Industrial Relations and at Wayne State University.

☐ "1997 Survey of Truck Drivers: A Preliminary Report."  Funded by the Sloan Foundation as part of the University of Michigan Trucking Industry Program, of which I was Associate Director, this was presented to the Office of Motor Carriers, U.S. Department of Transportation. Washington; April 24, 1998.

9.    Because expenses generally are uniform, it is possible to determine SDAs expenses using a relatively small sample.  While expenses will vary for each individual class of truck, the fact that expenses are fairly uniform within classifications of trucks is exemplified by the fact that motor carriers that hire owner-drivers regularly either pay a percentage of revenue (the key determinants of which are the length of haul and the weight and/or volume of the shipment, which determines the class of truck used) or pay a flat rate per mile to cover the cost of operations.

10.   I can use three general methods to determine SDAs' expenses associated with their work for Pepperidge Farm: (1) a model based on the Internal Revenue Service (IRS) flat-rate for automobile deductions; and (2) a study that builds on actual expense information from data maintained by Pepperidge Farm (if any), historic data for certain expense items published by reliable third-parties, and information gathered from drivers; and (3) a survey of SDAs.

11.   In support of this costing effort, I will either: (1) survey class members regarding their miles; (2) study them to track their miles; or  (3) analyze a sampling of mileage data (including store ticket and GPS tracking data) in the possession of Defendant, from which mileage estimates can be determined.

Exhibit 21
Page 306

12.     The following IRS rates applied for automobile mileage (including vans) from 2009 to 2015 for vehicles in business use. See http://www.irs.gov/taxpros/article/0,,id=156624,00.html.

Table 1: IRS Automobile (and van) Flat Mileage Rates

| Year | Rate in cents per mile |
|------|------------------------|
| 2009 | 55.0 |
| 2010 | 50.0 |
| 2011[2] | 53.25 |
| 2012 | 55.5 |
| 2013 | 56.5 |
| 2014 | 56.0 |
| 2015 | 57.5 |

13.     The IRS allows taxpayers to choose to use the specified flat rate or the actual expense model, which includes these general categories:

"Actual car or truck expenses include:
Depreciation
Lease payments
Registration fees
Licenses
Gas
Insurance
Repairs
Oil
Garage rent
Tires
Tolls
Parking fees"
See:
http://www.irs.gov/publications/p463/ch04.html#en_US_2014_publink100 033949
Note that this deduction specifically is applicable to a car weighing 6,000 pounds or less and therefore is not for a truck. The standard IRS mileage rate is directly applicable for a service-only stop in a smaller vehicle and underestimates the cost of a larger truck. This flat-rate mileage method therefore is proposed here as a rule of thumb to estimate actual expenses for various larger vehicles used by SDAs.

14.     I can use any one of the following three data collection methods to determine reasonable estimations of costs incurred for each type of operation. Any of

---

[2] The rate for the first half of 2011 was 51 cents per mile and the rate for the second half of 2011 was 55.5 cents, so this figure is the average of the two.

4

Exhibit 21
Page 307

these three methods would not require me to talk to, survey, or obtain documents from many SDAs.

    a.  Examination of documents for a sample of SDAs and third-party data/studies of certain expense items.

    b.  Interview of sample of class members and examination of their documents.

    c.  Survey of SDAs to obtain data.

15.    To calculate the mileage cost of operation, I would survey SDAs working for Pepperidge Farm to collect information regarding their costs. Cost information can come from receipts and spreadsheet or other business records, and from self-report when other records are available. Such information would include, but not be limited to, information on each type of truck operated (e.g. box truck less than 26,000 pounds, pickup truck or panel truck pulling a trailer, pickup truck or panel truck or smaller vehicle without trailer); mileage documented by the SDA when driving his or her box truck used to deliver product; mileage documented by the SDA when driving his or her smaller (perhaps personal) vehicle when making a service-only trips to the store to check and stock shelves.

16.    Other documentation to substantiate the cost of operation would include the amortized cost of purchase or lease of equipment (trucks and trailers, if appropriate), the cost of insurance (public liability and property damage; where appropriate, workers compensation; commercial and general liability; the cost of listing Pepperidge Farm as additional insured on any policy, personal or business; commercial general liability; auto liability, employers liability); cost of repairs; cost of fuel and oil; cost of tires; cost of washing and garaging in order to meet Pepperidge Farm's requirement that the vehicle appear "presentable"; cost of damages and accidents not included in the insurance cost; cost of any road and licensing taxes; and many other kinds of costs associated with owning and operating the truck and/or trailer used, including tolls, if appropriate.

17.    I would also include all other Pepperidge Farm costs that SDAs are required to bear, including warehousing expenses for storing Defendant's products; pallet fees for Defendant's shipment of pallets to stores in Distributors' territories; a hand-held computer and printer and other equipment necessary to conduct their work as Distributors; and expenses incurred as the result of stale products.

18.    Fuel cost—one of the most costly of the expense items at issue—is readily determinable in California and variation is narrow. I can obtain documents from a modest number of drivers that would show, based on the receipts, the number of gallons of fuel used and the fuel price.

Exhibit 21
Page 308

19.     To generalize truck expense calculations across multiple SDAs and create a multiplier, I would take a ratio of these costs divided by the IRS mileage allowance for automobiles. The cost of operating any truck will be greater than the cost of operating an automobile, but the differential between the IRS allowance and a box van truck or a tractor trailer will be greater than the differential between the IRS allowance and a van or pickup truck.

20.     I would create separate calculations for all types of equipment used in Pepperidge Farm distribution operations.

21.     I would use a combination of Pepperidge Farm data and a survey to collect information on SDAs' routes, the days of the week that they serve various customers, and days they go to customers to merchandise without delivering product. The survey will document the mileage to and from the depot as well as mileage throughout the route, using both Pepperidge Farm information and SDA self-report for data and using mapping software to determine distances.

22.     The second method, an interview and examination of documents, would also provide similar information.  Because costs will not vary widely among drivers, this would be a valid method with which to obtain a reasonable approximation of expenses.  If documents available from the company are insufficient to establish expenses in some categories, I could interview a number of drivers and obtain from them sufficient information to obtain a reasonable approximation of those expenses.

23.     The methodology for such interviews can either be in person or by phone.  I would make contact with a sample of drivers from the class list and ask those drivers to provide me with information on each category of vehicle.  Since driver expenses per mile will not vary, as long as I am able to obtain documentation from a modest number of drivers (25 should be sufficient), I will get an accurate representation of the expenses they incurred.

24.     The third method is a survey. It is likely that this method will not be necessary, but I could survey Pepperidge Farm SDAs to determine actual costs across the population.  The OOIDA cost of operations survey that I conducted compares closely with the one I could conduct to determine expenses of SDAs, although the OOIDA target population consisted entirely of owners of tractors and tractor-trailer combinations, rather than smaller vehicles, including straight trucks and trailers, if appropriate.

## Summary

25.     I have substantial experience surveying owner-drivers regarding their cost of operation.  I can identify such costs, insofar as they might differ from the standard IRS categories discussed *supra*, and construct an appropriate study for determining driver costs in detail.  However, in neither case is this

Exhibit 21
Page 309

problem difficult.  Variation among drivers will be quite narrow as the cost of operating each specific type of equipment remains within a narrow range.

26.     I would use one of these methods and/or combination thereof to come up with appropriate mileage rates—corresponding to the categories of vehicles in operation for Pepperidge Farm—applicable for each year.  I could do this as an average across the applicable years or I can come up with appropriate rates broken out by year.

27.     The straightforward methods described above would allow me to come up with a reasonable approximation of the expenses incurred by each driver per mile driven.  Expenses can easily be reduced to single per-mile figures for each category of vehicle for each year in which these expenses have been incurred.


Dated: Friday October 9, 2015              Respectfully submitted,


                                            Michael H. Belzer, Ph.D.


7

Exhibit 21
Page 310

**Exhibit I**

Dr. Michael H. Belzer
Sound Science, Inc.
Depositions and Trial Testimony in Past Four Years
Updated October 8, 2015

1.  Motion for Class Certification in Gerald Amador and Salvador Carillo, on behalf of themselves and other similarly situated Plaintiffs, and Miguel Lara, on behalf of himself and all others similarly situated Plaintiffs, v Logistics Express, Inc., Trimac Transportation Services (Western) Inc., and Does 1-100, Inclusive, Defendants; Case No: 2:10-CV-04112-GHK(JCx) consolidated with Case No. 2:10-CV-04280-GHK(JCx). Philip Poliner, Westrup Klick and Wasserman, Westrup Klick, LLP, 444 West Ocean Boulevard, Suite 1614, Long Beach, California 90802; Email:  PPoliner@wkalaw.com; Telephone: 562-432-2551, Facsimile: (562) 435-4856. Case joint with Jesse Levin, Wasserman, Comden, Casselman & Esensten, LLP, 5567 Reseda Boulevard, Suite 330, P.O. Box 7033, Tarzana, California 91357. Telephone: 818.705.6800; Facsimile: 818.705.8927. Email: jlevin@wccelaw.com; www.wccelaw.com. Deposed July 19, 2012. Case settled privately.
2.  International Brotherhood of Teamsters and Cohen, Weiss and Simon in re Hostess Brands Inc., et al., Debtors. Chapter 11 Case No. 12-22052 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York. Deposed February 27, 2012. Testified in court April 19, 2012. Case decided by Judge Drain in favor of the creditors, including the International Brotherhood of Teamsters, International Bakery, Confectionary, and Tobacco Union, and various Taft-Hartley pension and benefit funds. Peter D. DeChiara, Cohen, Weiss and Simon LLP, 330 West 42nd Street, 25th floor, New York NY 10036-6976. 212-356-0216; pdechiara@cwsny.com.

Exhibit 21
Page 311

WAYNE STATE UNIVERSITY
Professional Record
Faculty
NAME: Michael H. Belzer                    DATE PREPARED: September 1, 2003
                                           DATE REVISED: May 1, 2015

OFFICE ADDRESS:
Department of Economics
656 W Kirby, 2127 Faculty/Administration Bldg.
Detroit, MI 48202
Departmental web page:
http://www.clas.wayne.edu/unit-faculty-detail.asp?FacultyID=595

Community of Science web page:
http://myprofile.cos.com/mbelzer

LinkedIn
http://www.linkedin.com/in/soundscience

DEPARTMENT PHONE: 313-577- 3345
DEPARTMENT/COLLEGE:

Department of Economics, College of Liberal Arts and Sciences

PRESENT RANK & DATE OF RANK:

Associate Professor, since September 1, 2000.

WSU APPOINTMENT HISTORY:

Year Appointed/Rank: September 1, 2000, as Associate Professor

Academic Director, Master of Arts in Industrial Relations Program
September 1, 2000 – October 15, 2003

Tenured in 2004 as Associate Professor of Urban and Labor Studies in the College of Urban,
Labor, and Metropolitan Affairs (CULMA)

With closure of CULMA on September 30, 2005, tenure granted in Department of
Interdisciplinary Studies, College of Liberal Arts and Sciences

With dissolution of the Department of Interdisciplinary Studies on September 30, 2007, tenure
granted in Department of Economics, College of Liberal Arts and Sciences

Director, Master of Arts in Economics
September 1, 2012 – July 2014; Co-director of MA Program through present

Director, Undergraduate Bachelor of Arts in Economics
July 2014 – present

CITIZENSHIP:  United States of America
Signature_____

Exhibit 21
Page 312

EDUCATION:

Baccalaureate:  A.B.   College of Arts and Sciences, Cornell University, 1972

Graduate:        M.S.  Graduate School, Cornell University, 1990 (Ithaca, NY)
                 Ph.D. Graduate School, Cornell University, 1993 (Ithaca, NY)
                 (Studied at New York State School of Industrial and Labor Relations)

Major: Collective Bargaining, Labor Law, and Labor History

Minors:
City and Regional Planning
Human Resource Studies
Research Methods

FACULTY APPOINTMENTS AT OTHER INSTITUTIONS:

March 5, 2007 – May 11, 2007
Visiting Scholar
Jilin University Business School
Changchun, Jilin Province, People's Republic of China

September 10, 2006 – December 10, 2006
Visiting Scholar
Institute of European and American Studies
Academia Sinica
Taipei, Taiwan ROC

September 15, 2006 – November 15, 2006
Visiting Scholar
Institute of Labor Studies
National Cheng Chi University
Taipei, Taiwan ROC

September 2001 – September 2008
Adjunct Associate Research Scientist
University of Michigan Institute of Labor and Industrial Relations
Ann Arbor, MI

September 1997 – September 2001
Assistant Research Scientist
University of Michigan Institute of Labor and Industrial Relations
Ann Arbor, MI

2

Exhibit 21
Page 313

1998 – 2000
Adjunct Assistant Professor
University of Michigan Business School
Department of Organizational Behavior and Human Resource Management
Ann Arbor, MI

1995 – 1997
Senior Research Associate
New York State School of Industrial and Labor Relations
Cornell University; Ithaca, NY

1995
Visiting Lecturer
Industrial Relations Center
Curtis L. Carlson School of Management
University of Minnesota
Minneapolis, MN

1992 – 1995
Research Support Specialist
Institute of Collective Bargaining
New York State School of Industrial and Labor Relations
Cornell University
Ithaca NY

1990
Adjunct Instructor, Industrial Relations
National Emergency Training Center
Emmitsburg, MD

1988
Adjunct Instructor, Labor Law
New York State School of Industrial and Labor Relations
Cornell University
Ithaca, NY

PROFESSIONAL SOCIETY MEMBERSHIPS:

Current:

Labor and Employment Relations Association

Detroit Area Chapter of the Labor and Employment Relations Association

International Industrial Relations Association

American Economics Association

3

Exhibit 21
Page 314

Transportation Research Board of the National Academies

North American Transportation Employee Relations Association

The North American Transportation Competitiveness Research Council

Past:

Transportation Research Forum (1994-2000)

University and College Industrial Relations and Human Resource Programs, Program Directors'
Association, Institutional Membership representing the Master of Arts in Industrial Relations
Program at Wayne State University College of Urban, Labor, and Metropolitan Affairs (2000-
2006)

HONORS/AWARDS:

2010
Publication "Worksite-Induced Morbidities Among Truck Drivers in the United States" was
listed as one of the week's "top scientific articles, selected on the basis of potential for
population impact and practical implementation", in Volume 2, Issue 38 of Science Clips-Top
Articles, published by the Centers for Disease Control (http://intranet.cdc.gov/scienceclips/).

2009
Profiled in the July/August 2009 issue of *TR News*, the bimonthly general news magazine of the
Transportation Research Board of the National Academies

2006
Certificate of Appreciation from the Transportation Research Board of the National Academies.
Presented in recognition of service to the transportation community as Chairman of the
Committee on Trucking Industry Research Task Force and Member of the Freight Systems
Group Executive Board; 2001-2006

2003
Media Award (faculty member most widely consulted by the media)
College of Urban, Labor, and Metropolitan Affairs, Wayne State University

2002
Industrial Relations Research Association Young Scholar Award

2001
Media Award (faculty member most widely consulted by the media)
College of Urban, Labor, and Metropolitan Affairs, Wayne State University

2000
Certificate of Appreciation from the Industrial Relations Research Association
Launch of the IRRA web site and moderation of the IRRA discussion list

4

Exhibit 21
Page 315

1992
Cornell University Graduate School Fellowship

NYSSILR Graduate Student Summer Fellowship

1990
Benjamin Miller Scholarship
Cornell University Graduate School Summer Fellowship
NYSSILR Graduate Student Summer Fellowship
Lampert Scholarship

## TEACHING

Graduate Courses Taught at Wayne State

1. Economics 6200, Advanced Market Power and Economic Welfare; Economics of Transportation
2. Economics 6210, Advanced Regulation and Regulated Industries
3. Economics 7210, Industrial Organization II
4. Industrial Relations 7550, Special Topics
   "Labor and Employment Relations in China".
5. Industrial Relations 7550, Special Topics
   "Introduction to Industrial Relations and Human Resource Management".
6. Industrial Relations 8500, Capstone course for Master of Arts in Industrial Relations Program: "Strategic Analysis of North American Labor and Human Resources".
7. Industrial Relations 7550, Special Topics
   "Behavior in Bargaining"
   I developed this labor-intensive course and worked closely with the adjunct professor I hired to teach the course, attending classes, participating in teaching, and monitoring and videotaping one of the two bargaining pairs.
8. Management 7750, "Labor Relations and Collective Bargaining".

Undergraduate Courses Taught at Wayne State

1. Economics 2020, Principles of Macroeconomics
2. Economics 5200, Market Power and Economic Welfare; Economics of Transportation
3. Economics 5210, Regulation and Regulated Industries
4. Economics 4997, Honors Seminar
5. Interdisciplinary Studies Program 3620
   "Interdisciplinary Perspectives on Foreign Culture: The Chinese."
6. Interdisciplinary Studies 3480, "Work Organization"

Teaching at Colleges/Universities before Wayne State

7. University of Michigan Business School
   Department of Organizational Behavior and Human Resource Management

5

Exhibit 21
Page 316

8. University of Minnesota Industrial Relations Center
9. National Fire Academy
10. Tompkins-Cortland Community College
    Cornell University Certificate in Labor Studies

Member, Completed Thesis and Dissertation Committees

1. Francesca Romana Forestieri
   Master of Regional Planning
   Cornell University
   "European Freight Transportation"
   1998
2. Stephen V. Burks
   Doctor of Philosophy, Economics
   University of Massachusetts – Amherst
   "The Origins of Parallel Segmented Labor and Product Markets: A Reciprocity-Based
   Agency Model with an Application to Motor Freight"
   1999
3. Wu Yen-Chun
   Doctor of Philosophy, Industrial and Operations Engineering
   University of Michigan
   "Just-In-Time Manufacturing and External Logistics: Evidence from American Parts
   Suppliers"
   1999

Course or Curriculum Development

My responsibility, as Academic Director of the Master of Arts in Industrial Relations (MAIR)
Program, included curriculum development. The curriculum and other information about the
program may be found in my Teaching Portfolio.  I have also developed numerous courses listed
above.

Course Materials (Unpublished)

"Strategic Analysis of Executive Leadership," a course taught at the National Fire Academy and
developed for the Federal Emergency Management Agency (1990).

6

Exhibit 21
Page 317

# FUNDED RESEARCH

**Project**: Transit Cooperative Research Program (TCRP) C-22: "Bus Operator Workstation Design for Improving Occupational Health and Safety".
<u>Source of Funds</u>: Transportation Research Board of the National Academies via subcontract from Virginia Polytechnic Institute and State University to Sound Science, Inc.
<u>Amount</u>: $10,000
<u>Duration</u>: 2014-2015.
<u>Role</u>: Contract Investigator for TCRP C-22; Lead Researcher for BCA RFP
<u>Deliverable</u>: Develop parameters for Benefit / Cost Analysis in support of TRCP C-22. BCA to be included in future RFP as needed.

**Project**: Study of the Economics of Safety.
<u>Source of funds</u>: International Brotherhood of Teamsters (to Sound Science, Inc.).
<u>Amount</u>: $25,000
<u>Duration</u>: December 2009 – 2011
<u>Role</u>: Principal Investigator
<u>Deliverables</u>:  "The Low Road." January 15, 2010.  "The Economics of Safety: How Compensation Affects Commercial Motor Vehicle Driver Safety". October 2011.

**Project**: "Economic Development Stimulation for Southeast Michigan Via Emerging Global Supply Chain Management Solutions: Opportunity Assessment for Southeast Michigan Supply Chain Hub".
<u>Source of funds</u>: New Economic Initiative, subcontracted from Michigan State University, to Wayne State University.
<u>Amount</u>: $24,000
<u>Duration</u>: December 2009 – June 2011
<u>Role</u>: Investigator
<u>Deliverable</u>: Contribution to assessment of the opportunity to create a lasting supply chain management, information technology innovation, and processing capability that can be offered to global businesses in the Southeast Michigan region.

**Project**: Critique of FMCSA regulatory evaluation for "Truck Driver Hours of Service, Interim Final Rule; 72 FR 71247, December 17, 2007".
<u>Source of funds</u>: International Brotherhood of Teamsters and Public Citizen.
<u>Amount</u>: $9,600
<u>Duration</u>: February – March, 2008
<u>Role</u>: Principal Investigator"
<u>Deliverable</u>: Comments on the Federal Docket

7

Exhibit 21
Page 318

**Project**: "Prospects of Increased Gateway Traffic using an Inland Terminal in Southern Michigan"
<u>Source of funds</u>: Dalhousie University (to Sound Science, Inc.)
<u>Amount</u>: $3,500
<u>Duration</u>: June 2009 – August 2009
<u>Role</u>: Principal Investigator.  Contracted with Marc Howlett, doctoral student at the University of North Carolina – Chapel Hill, for research support and co-authorship of report.
<u>Deliverable</u>: Feasibility analysis of Southeast Michigan freight partnership with the CN Railroad and the Port of Halifax.


**Project**: "Foreign Domiciled Over-the-Road Bus Industry"
<u>Source of funds</u>: Transportation Trades Department – AFL-CIO
<u>Amount</u>: $49,940
<u>Duration</u>: September 2008 – May 2009
<u>Role</u>: Principal Investigator and author
<u>Deliverable</u>: A report analyzing organization, regulation, and industrial relations governing the North America motorcoach bus industry


**Project**: "Truck Crashes and Work-Related Factors Associated with Drivers and Motor Carriers." Large Truck Crash Causation Study (LTCCS) Research
<u>Source of funds</u>: This project is funded by the U.S. Department of Transportation Federal Motor Carrier Safety Administration through Volpe National Transportation Systems Center (to Sound Science, Inc.)
<u>Amount</u>: $72,000
<u>Duration</u>: October 2007 – April 2009
<u>Role</u>: Principal Investigator and author.
<u>Deliverable</u>: A report analyzing the industrial relations factors contributing to crashes of large commercial motor vehicles.  Study relies on the LTCCS database.


**Project**: "Paying the Costs, Reaping the Benefits: What Unfettered Competition in the U.S. Trucking Industry Means for Regions, Tax Payers, and the Workforce."  With Susan Christopherson, Cornell University.
<u>Source of funds</u>: The Brookings Institution, George Washington University's Institute of Public Policy and Trachtenberg School of Public Policy and Public Administration, and the Urban Institute (to Sound Science, Inc.).
<u>Amount</u>: $3,000, plus travel expenses.
<u>Duration</u>: October 2007 – February 2009
<u>Role</u>: Principal Investigator and co-author.
<u>Deliverable</u>: A paper presented at the Conference on Urban and Regional Policy Effects held on June 5-6, 2008 in Washington, D.C. and book chapter published by Brookings Institution.

8

Exhibit 21
Page 319

**Project**: "Occupational Study Project: Pennsylvania Logistics and Transportation Workforce Cluster."
Source of Funds: Keystone Research Center, Pennsylvania Department of Labor  (to Sound Science, Inc.).
Amount: $17,000
Duration: 2004-2005
Role: Principal Investigator and lead author.
Deliverable: Report published by Pennsylvania Workforce Development:
Belzer, Michael H., Stanley A. Sedo, Stephen A. Herzenberg, and Peter F. Swan. 2007.
"Pennsylvania Logistics & Transportation". In *Workforce Choices*. Harrisburg, PA: Pennsylvania Workforce Development.


**Project**: "Firms, Workforce Quality, and Economic Growth: New Data, New Approaches, and New Evidence."
Cooperative research between the Census Department and five Sloan Foundation Industry Centers to investigate the industry-level foundations of individual and firm contributions to unobservable human capital.
Source of funds: Sloan Foundation/Urban Institute.
Amount: $104,000
Duration: January 2003 – December 2004
Role: Principal Investigator for the Trucking Industry Program labor economics group and for the Urban Institute, grantor. Conducted original negotiations with sponsors.  Supervise research and analysis, interpret data results consistent with my understanding of the trucking industry, maintain links to other Sloan Industry Studies projects, and administer funds.  The Urban Institute's funds were granted by the Sloan Foundation and the Urban Institute subcontracted to Wayne State University. I engaged Dr. Stanley A. Sedo of University of Michigan Institute for Industrial and Labor Relations for data analysis.
Deliverables: Data analysis and consultation for the book *Economic Turbulence: Is a Volatile Economy Good For America?* (Clair Brown, John Haltiwainger, and Julia Lane). University of Chicago Press, 2006.

9

Exhibit 21
Page 320

**Project**: Wayne State University Truck Driver Occupational Safety and Health Conference, April 24 and 25, 2003.

Sources of funds: Centers for Disease Control / National Institute for Occupational Safety and Health, (NIOSH); $15,000; Owner-Operator Independent Drivers Association (OOIDA); $20,000; International Brotherhood of Teamsters (IBT); $10,000; Participant registration fees: approximately $13,000. In-kind sponsors: Wayne State University Trucking Industry Benchmarking Program; Douglas Fraser Center for Workplace Studies.

Total: $58,000 for conference plus additional $10,000 to Sound Science, Inc. for conference report due December 31, 2003.

Duration: October 2002 – December 2003

Role: Principal Investigator, organizer and host of conference, raised funds and supervised administration of funds, and provided leadership role in developing final report and appendices.

Deliverables: Conference and Conference Report:

Saltzman, Gregory M. and Michael H. Belzer (2007). *Truck Driver Occupational Safety and Health: 2003 Conference Report and Selective Literature Review*. Washington, DC, U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Department of Health and Human Services: 117. Includes CD that includes conference report, presentations, and other source materials. The conference report can be downloaded: http://www.cdc.gov/niosh/docs/2007-120/. Presentations and additional background information available at http://www.ilir.umich.edu/TIBP/TruckDriverOSH

10

Exhibit 21
Page 321

**Project**: Wayne State University Trucking Industry Benchmarking Program
This is a membership program designed to be supported by users, particularly in the trucking industry. This is designed to become an independent self-supporting activity. Programs will be of indefinite duration and is intended to become a permanent fixture in the trucking industry. These benchmarking programs have been structured in partnership with the private sector, and other partners are sought.
Less-than-Truck Load (LTL) benchmarking. Benchmarking of all aspect of LTL motor carrier operations. Currently on hold as consolidation in the industry disrupted the original cohort.
Owner-Operator Cost-of-Operations Survey. On-line survey of owner-operators that provided owner-drivers with a spreadsheet with which they can maintain financial and operational records, while providing us with data on this hitherto undocumented population. Sponsored by the Owner Operator Independent Drivers Association (OOIDA), a 100,000-member association of truck drivers who own their own trucks.
Safety Benchmarking and Self-Regulation: A partnership with the California Trucking Association (CTA). Carriers entered data on firm practices and safety outcomes, providing us data with which to model safety performance of smaller trucking companies based on best practices. This program is open to other state associations, and associations of specialized carriers, third party logistics providers, and international organizations. The CTA benchmarking exercise collected modest data over two years but did not receive sufficient participation on which to base conclusions.
These benchmarking programs can be examined by accessing the Trucking Industry Benchmarking Program website directly: http://www.ilir.umich.edu/TIBP/.
Sources and Amount:
General startup support provided by the Sloan Foundation Trucking Industry Program (through Georgia Institute of Technology):
$126,433
Owner-Operator Independent Drivers Association:
$15,000 for Owner-Operator Cost of Operations Survey
Duration: 2003-2007
Role: Principal Investigator, creator, promoter, and director. Raise all funds and direct strategic implementation, hired all necessary staff and contractors.
Deliverables: With this and prior funding from the Sloan Foundation, we created a secure web-site (above) that allows participating firms to enter the data appropriate to their benchmarking program. The data that carriers enter goes immediately into an off-line server and into a database. When we update the database, the carriers (or owner-operators) can see their rank on each of the measured factors, allowing them to benchmark themselves against the competition. The ultimate goal of this project, in addition to the collection and analysis of unique data, is to have a proof-of-concept model to demonstrate the use of standard economic models to develop scientifically valid best practices, enabling the industry and regulators to use economic factors (instead of engineering factors) to regulate safety practices by properly assigning costs to those who create social risks, thus establishing a more efficient market as well as a cost-floor for competition.

11

Exhibit 21
Page 322

**Project**: Trucking Industry Program Trucking Security Project
<u>Source</u>: Alfred P. Sloan Foundation.
<u>Amount</u>: $45,000
Duration: 2002
<u>Role</u>: Convener and Principal Investigator, leading effort to create and activate subject area teams to develop workable security options for trucking.
<u>Deliverables</u>:  Workshop meeting arranged in November 2001 in response to 9/11 attacks, held in partnership with the Transportation Research Board at the National Academies in Washington, DC. Public policy effort to bring together a wide range of trucking industry stakeholders, building on the relationships built by the University of Michigan Trucking Industry Program, sponsored by the Sloan Foundation.  Following this meeting I was asked by the Sloan Foundation to continue this activity by creating this task force effort to solicit trucking industry input on workable approaches to trucking security.  Final products: Development of database and team of trucking security experts and motor carrier security officials.  Presentation to the Director of Cargo Security of the Transportation Security Administration and a set of recommendations presented to Congress at the end of July 2002.

**Project**: University of Michigan Trucking Industry Program
<u>Source</u>: Alfred P. Sloan Foundation and Sloan Foundation Trucking Industry Center Grants
<u>Amount</u>: $544,830
<u>Duration</u>: 1997 – 2003
<u>Role</u>: Research Investigator and Associate Director: University of Michigan Trucking Industry Program; Principal Investigator and Director: Wayne State University Trucking Industry Program. Negotiated for and managed funding, and designed strategic plans for use of funds.
<u>Deliverables</u>: Numerous research papers and one book, *Sweatshops on Wheels.*  I also coordinated and led the LTL Industry Case Study, which produced the "Less-Than-Truckload Trucking Industry Case Study and Benchmarking Report" (referenced in publications section below).  Report document is confidential to participants but available on request subject to confidentiality agreement.

12

Exhibit 21
Page 323

**Project**: "Impact of Compensation Practices on Number of Citations & Recordable Accidents Incurred"
Source: U.S. Department of Transportation, Federal Highway Administration and Federal Motor Carrier Safety Administration (formerly Office of Motor Carriers, Federal Highway Administration) in a subcontract from Science Applications International Corporation.
Amount: $476,700
Duration: 1998 – 2002
Role: Principal Investigator at University of Michigan Institute of Labor and Industrial Relations and at Wayne State University.  Presented proposal to US DOT to secure the funds, designed the research project, hired and managed necessary researchers and graduate students, and helped convert the report into publishable research articles.
Deliverable: Report on effect of truck driver pay on safety


**Project**: "Economic Impact Assessment of Proposed Hours of Service Changes"
Source: U.S. Department of Transportation, Federal Highway Administration and Federal Motor Carrier Safety Administration and the University of Michigan Transportation Research Institute. Contract No. DTFH61-96-C-00038 to the United States Department of Transportation, Federal Motor Carrier Administration.
Amount: $221,000
Duration: 1998 – 2002
Role: Principal Investigator for Institute of Labor and Industrial Relations, under subcontract from the University of Michigan Transportation Research Institute.
Deliverables: "Proposed Changes in Motor Carrier Hours of Service Regulations:  An Assessment" (with Gregory Saltzman, Stanley Sedo, George Fulton, Donald Grimes, and Lucie Schmidt).


**Project**: University of Michigan Trucking Industry Program, at Cornell University
Source: Alfred P. Sloan Foundation on a subcontract from the University of Michigan
Amount: $221,291
Duration: 1995 – 1997: Sloan Foundation/University of Michigan Grant
Role: Principal Investigator and Associate Director, leading and managing labor market and industry operations research group.  Secured funds from University of Michigan Trucking Industry Program and participated very actively in the original proposal development and presentation.
Deliverables: Research on trucking, presentations to Sloan Industry Center Directors meetings, research program on trucking industry.


13

Exhibit 21
Page 324

**Project**: Cornell University Construction Industry Program, Construction Industry Research Consortium
Source: Building and Construction Trades Department, AFL-CIO
Amount: $150,000
Duration: 1995 – 1997
Role: Lead Investigator
Deliverable: Research report on Syracuse Construction Industry

**Project**: Service Industry Research Project
"Productivity, Technology, Industry Structure, and Regulation in the Construction Industry"
Sponsor: United States Congress, Office of Technology Assessment
Amount: $8,000
Duration: 1994 – 1995
Role: Principal Investigator.  Secure funds, conduct research, create report of results
Deliverable: Report, which became part of the research used in Herzenberg, Stephen H., John A. Alic, and Howard Wial.  *New Rules for a New Economy: Employment and Opportunity in Postindustrial America*.  Ithaca and London: ILR Press, an Imprint of Cornell University Press. 1998.

**Project**: Service Industry Research Project
"Productivity, Technology, Industry Structure, and Regulation in the Trucking Industry"
Sponsor: United States Congress, Office of Technology Assessment
Amount: $8,250
Duration: 1994 – 1995
Role: Principal Investigator.  Secure funds, conduct research, create report of results.  Hire and supervise graduate student subcontractor at University of Massachusetts – Amherst.
Deliverable: Report, which became part of the research used in Herzenberg, Stephen H., John A. Alic, and Howard Wial.  *New Rules for a New Economy: Employment and Opportunity in Postindustrial America*.  Ithaca and London: ILR Press, an Imprint of Cornell University Press. 1998.

**Project**: Research on the effects of trucking industry deregulation
Source: Economic Policy Institute
Amount: $4,000
Duration 1993 – 1994
Role: Principal Investigator.  Secure and manage funds, create report.
Deliverable: Monograph: "Paying the Toll: Economic Deregulation of the Trucking Industry", published by the EPI and distributed by M.E. Sharpe.

14

Exhibit 21
Page 325

## WORK IN PROCESS

"Industrial Relations Experiments in China: Balancing Equity and Efficiency the Chinese Way." With Pan Shih-wei (Chinese Culture University, Taipei, Taiwan) and Yu Nan (Jilin University Business School, Changchun, Jilin Province, PRC). Social Science Research Network (http://papers.ssrn.com/sol3/Delivery.cfm/SSRN_ID1135082_code880384.pdf?abstractid=1135082 &mirid=2)

Abstract: The Chinese way of social, change follows an old Chinese adage, "crossing the river by feeling for stones." In industrial relations, unions experiment by implementing local-level institutional reforms that address efficiency and equity imbalances "step-by-step." Local union leaders developed multi-employer "community unions" to represent peasant migrant workers employed by small firms by targeting small geographic zones and hiring union presidents as organizers, aggregating union members into amalgamated units. While the union's role still includes social harmonization, unions have undertaken an additional representative role, such as organizing multi-employer federations across industries and collaborations with local governments to ensure that companies guarantee end-of-year compensation. Finally, this paper discusses the role of the new Labor Contract Law in institutionalizing these changes. These changes may provide a material basis for balancing efficiency with equity.

"Converging Divergence of Industrial Relations in China: A Case Study of Big Auto." With Pan Shih-wei, Chinese Culture University. Taipei, Taiwan; and Qiao Jian, China Institute of Industrial and Labor Relations, Beijing, PRC. In process.

The influence of China's market liberalization has induced dramatic changes in China's industrial relations. This change has occurred across regions and across different types of firms. The question remains, however, whether the process and outcomes of market liberalization will eventually result in a convergence (a national model) or in a divergence of industrial relations across China. This paper uses the case study method to examine industrial relations in the supply chain of an auto conglomerate. We suggest that although changes of industrial relations tend to be market-based, traditional IR practices or institutions and adopted foreign IR practices still play functional roles at different settings. We detail the transformation of firm-level IR institutions, and explain why some institutions have changed and some have not. In fact, if the IR institutions and practices are vital to the market, these practices and institutions are greater and more easily transformed. Variations in IR processes and outcomes exist vertically across firms in the supply chain, between traditional state-controlled firms and foreign joint ventures, and across different periods in the development of the firm. We argue that market demand as well as political stability drives these transitions of IR institutions. In some cases, the traditional institutions remain *status quo* as long as they are compatible with market pressures. On the other hand, if institutional change would create greater political instability, institutional change could be minimal.

PUBLICATIONS, LECTURES, PRESENTATIONS, CONFERENCES

15

Exhibit 21
Page 326

Scholarly Books Published

1. Sweatshops on Wheels: Winners and Losers in Trucking Deregulation. New York: Oxford University Press, 2000.

Monographs Published

1. Burks, Stephen V., Michael H. Belzer, KWAN Quon, Stephanie G. Pratt, and Sandra Shackelford. 2010. *Trucking 101: An Industry Primer*. In TRB Transportation Research Circular E-C146, edited by Transportation Research Board Committee on Trucking Industry Research (AT060). Washington: Transportation Research Board. December 22. 68 pages. http://onlinepubs.trb.org/onlinepubs/circulars/ec146.pdf
2. *Truck Driver Occupational Safety and Health: 2003 Conference Report and Selective Literature Review.* With Gregory M. Saltzman. Washington, DC: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Department of Health and Human Services Publication No. 2007-120. 2007. 117 pages. http://www.cdc.gov/niosh/docs/2007-120/
3. *Paying the Toll: Economic Deregulation of the Trucking Industry.* Washington, D.C.: Economic Policy Institute. 1994. Briefing and Working Papers Series.

Book Chapters

1. "Labor and Human Resources in the Freight Industry." In *Intermodal Transportation: Moving Freight in a Global Economy.* Lester Hoel, Genevieve Giuliano, and Michael Meyer, editors. Publisher: Eno Transportation Foundation, Inc. May 2011.
2. "The Next Move: Metropolitan Regions and the Transformation of the Freight Transport and Distribution System." With Susan Christopherson. In *Urban and Regional Policy and Its Effects*, edited by Nancy Pindus, Howard Wial, and Harold Wolman. Brookings Institution Press. 2009.
3. "The Effects of Trucking Firm Financial Performance on Safety Outcomes." With Marta S. Rocha and Daniel A. Rodriguez. In *Transportation Labor Issues and Regulatory Reform.* James H. Peoples and Wayne K. Talley eds. Research in Transportation Economic Series. Rotterdam, The Netherlands: Elsevier Science Publishers, 2004, pp. 35-55.
4. "Trucking: Collective Bargaining Takes a Rocky Road." In *Collective Bargaining in the Private Sector*, edited by Paul F. Clark, John T. Delaney, and Ann C. Frost. Champaign, IL: Industrial Relations Research Association, 2002, pp. 311-342.
5. "Commentary on Railroad Deregulation and Union Labor Earnings." In *Regulatory Reform and Labor Markets*, edited by James Peoples. Norwell, MA: Kluwer Academic Publishers, 1997, pp. 155-182.

16

Exhibit 21
Page 327

6. "Labor Market Regulation: Balancing the Benefits and Costs of Competition." With Dale Belman. In *Government Regulation of the Employment Relationship*, edited by Bruce Kaufman. Madison, Wisconsin: Industrial Relations Research Association, 1997, pp. 179-220.

7. "The Motor Carrier Industry: Truckers and Teamsters under Siege." In *Contemporary Collective Bargaining in the Private Sector*, edited by Paula B. Voos. Madison, Wisconsin: Industrial Relations Research Association, 1994, pp. 259-302.

Peer-Reviewed Journal Articles Published

1. "Tolling and Economic Efficiency: Do the pecuniary benefits exceed the safety costs?" With Peter F. Swan. *Public Works Management & Policy* Vol.18, No.2: pp 167–84. 2013. Published online before print September 26, 2012. http://pwm.sagepub.com/content/early/2012/09/26/1087724X12461143.abstract

2. "Environmental determinants of obesity-associated morbidity risks for truckers." *International Journal of Workplace Health Management,* Vol. 5 Iss: 2 pp. 120 - 138. With Yorghos Apostolopoulos, Sevil Sönmez, and Mona M Shattell, 2012.

3. "Supply Chain Security: Agency Theory and Port Drayage Drivers." With Peter F. Swan. *The Economic and Labour Relations Review* Vol. 22, No.1: pp 1-23. May 2011.

4. "Worksite-Induced Morbidities Among Truck Drivers in North America: A Comprehensive Literature Review." With Yorghos Apostolopoulos, Sevil Sönmez, and Mona M. Shattell. *American Association of Occupational Health Nurses [AAOHN] Journal.* Vol. 58, No. 7, 2010: pp. 285-96.

5. "Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." With Peter F. Swan. *Public Works Management & Policy*, Vol.14, No. 4 (April 2010): pp 351-73.

6. "Pay Incentives and Truck Driver Safety: A Case Study." With Daniel A. Rodriguez and Felipe Targa. *Industrial and Labor Relations Review*, Vol. 59, No. 2 (January 2006), pp. 205-225.

7. "Effects of Truck Driver Wages and Working Conditions on Highway Safety: Case Study." With Daniel Rodríguez, Marta Rocha, and Asad J. Khattak. *Transportation Research Record: Journal of the Transportation Research Board*, no. 1833 (Freight Policy, Economics, and Logistics; Truck Transportation), 2003, pp. 95-102.

8. "The Case for Strengthened Motor Carrier Hours of Service Regulations." With Gregory M. Saltzman. *Transportation Journal*, Vol. 41, No. 4, Summer 2002, pp. 51-71.

9. "Technological Innovation and the Trucking Industry: Information Revolution and the Effect on the Work Process." *Journal of Labor Research*, Vol. 23, No. 3; Summer 2002, pp. 375-396.

10. "Government Oversight and Union Democracy: Lessons from the Teamsters Experience." With Richard Hurd. *Journal of Labor Research*, Vol. 20, No. 3, Summer 1999, pp. 343-365.

17

Exhibit 21
Page 328

11. "Collective Bargaining in the Trucking Industry: Do the Teamsters Still Count?" *Industrial and Labor Relations Review,* Vol. 48, No. 4; July 1995, pp. 636-655.

Invited Review Articles

1. "Driver Background Paper: Current and Future Trends." Federal Motor Carrier Safety Administration.  November 17, 2000. Published on FMCSA intranet.

Articles Published in Non-refereed Journals

1. "Truck Driver Security Issues: The New World of Secure Surface Transportation." *Perspectives on Work: The Magazine of the IRRA*, Vol. 6, No. 1; June 2002, pp. 13-15.
2. "Life on the Road Captured in Accurate Surveys." Alexandria, VA: *Transport Topics.* October 22, 2001, page 9.
3. "Truckers' Travails: Deciphering a Decade of Decline."  Somerville, MA: *Dollars & Sense*, No. 201; September/October 1995, pp. 20-23.
4. "Should LIRR Come Under Anti-Strike Law?"  Melville, NY: *Newsday.*  Sunday, June 19, 1994, page 35.
5. "Keep Courts Out of Labor Fights."  *Journal of Commerce.*  Thursday, February 24, 1994.
6. "An American Version of Co-Determination."  *Dialogues* 1:2.  Madison, Wisconsin: Industrial Relations Research Association; November 1993, pp. 1-2.

Papers Published in Conference Proceedings

1. Belzer, Michael H., PAN Shih-Wei 潘世偉, and YU Nan 于楠. "Industrial Relations Experiments in China: Balancing Equity and Efficiency the Chinese Way." *2008 Industry Studies Conference* 1, no. 5 (2008) http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1135082.
2. "Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." With Peter F. Swan, The Pennsylvania State University – Harrisburg. Proceedings of the Transportation Research Board Annual Meeting, January 2008.
3. "Sweatshops on Wheels: The Labor Relations Crisis in American Trucking."  Presented at conference entitled "Industrial Relations and International Labor Standards under Globalization" at Renmin University, Beijing, China.  April 1-2, 2006.
4. "Pay Incentives and Truck Driver Safety: Case Study."  With Daniel A. Rodriguez and Felipe Targa.  Abstract published in *Compendium of Papers* CD-ROM of the 82nd Annual Meeting of the Transportation Research Board, January 12-16, 2003, Washington, DC.
5. "Effects of Truck Driver Wages and Working Conditions on Highway Safety: Case Study."  With Daniel Rodríguez, Marta Rocha, and Asad J. Khattak.  Abstract published in *Compendium of Papers* CD-ROM of the 82nd Annual Meeting of the Transportation Research Board, January 12-16, 2003, Washington, DC.

18

Exhibit 21
Page 329

6. "Discussion" of papers presented in "Labor Studies/Labor Unions, Collective Bargaining, Dispute Resolution and Labor and Employment Law Refereed Papers (Symposium)" session. *Proceedings of the 54th Annual Meeting of the Industrial Relations Research Association,* January 2-5 2003, Washington, DC. Champaign, IL: Industrial Relations Research Association, 2003, pp. 294-295.

7. "Worker Representation in the Truckload Sector: What Do Truckers Want?" *Proceedings of the 53rd Annual Meeting of the Industrial Relations Research Association,* January 5-7 2001, New Orleans, Louisiana. Champaign, IL: Industrial Relations Research Association, 2001, pp. 133-143.

8. "Discussion" of papers presented in "Labor Markets and Economics, and International Refereed Papers" session. *Proceedings of the 53rd Annual Meeting of the Industrial Relations Research Association,* January 5-7 2001, New Orleans, Louisiana. Champaign, IL: Industrial Relations Research Association, 2001, pp. 336-338.

9. "Deregulation and Decentralization: The Impact on Employment Relations." *Proceedings of the Twenty First Century Labor Studies International Academic Conference,*" Chinese Culture University.  Taipei, Taiwan, Republic of China.  October 12-13, 2000, pp. 1-45.

10. "Labor Law Reform: Taking a Lesson from the Trucking Industry." *Proceedings of the Forty-Seventh Annual Meeting of the Industrial Relations Research Association.* Washington, DC.  January 6-8, 1995.  Madison, Wisconsin: Industrial Relations Research Association, 1995; pp. 403-413.

11. Collective Bargaining in the Trucking Industry: The Effects of Institutional and Economic Restructuring." Abstract in *Proceedings of the 45th Annual Meeting of the Industrial Relations Research Association.* Anaheim, California. January 5-7, 1993. Madison, Wisconsin: Industrial Relations Research Association, 1993; pp. 539-540.

12. "Discussion" on "Strategic Diversity in Union Political Action: Implications for the 1992 Elections," by Richard W. Hurd and Jeffrey E. Sohl. *Proceedings of the 44th Annual Meeting of the Industrial Relations Research Association.* New Orleans, LA. January 3-5, 1992. Madison: Industrial Relations Research Association, 1992; pp. 314-316.

Book Reviews Published

1. Learning from Saturn: A look at the boldest experiment in corporate governance and employee relations, by Saul A. Rubinstein and Thomas A. Kochan.  Ithaca, NY: Cornell University Press. 2001.  Industrial and Labor Relations Review, Fall 2004.

2. Reforming the Chicago Teamsters: The Story of Local 705, by Robert Bruno.  Dekalb, IL: Northern Illinois University Press.  2003.  Industrial and Labor Relations Review, Fall 2004.

3. *Strategic Negotiations: A Theory of Change in Labor-Management Relations*, by Richard E. Walton, Joel E. Cutcher-Gershenfeld, and Robert B. McKersie.  Boston: Harvard Business School Press, 1994. *Industrial and Labor Relations Review*, Vol. 50, No. 3; April 1997, pp. 511-512.

19

Exhibit 21
Page 330

4. *Pedal to the Metal: The Work Lives of Truckers*, by Lawrence J. Ouellet. Philadelphia: Temple University Press, 1994. *Industrial and Labor Relations Review*, Vol. 49, No. 4; July 1996, pp. 751-752.

5. *Collision: How the Rank and File Took Back the Teamsters*, by Kenneth C. Crowe. New York: Charles Scribners' Sons, 1993. *Industrial and Labor Relations Review*, Vol. 48, No. 4; July 1995, pp. 870-873.

6. *Road Transport Before the Railways: Russell's London Flying Waggons*, by Dorian Gerhold. Cambridge: Cambridge University Press, 1993. *Industrial and Labor Relations Review*, Vol. 48, No. 1, October 1994; pp. 187-188.

7. *Hoffa*, by Arthur A. Sloane. Cambridge, MA: The MIT Press, 1991. *Leadership Quarterly*, Vol. 5. No. 1; 1994, pp. 85-88.

8. Just the Working Life: Opposition and Accommodation in Daily Industrial Life, by Marc Lendler. Armonk, N.Y.: M. E. Sharpe, 1990. Industrial and Labor Relations Review, Vol. 45, No. 2; January 1992, pg. 380.

Invited and/or Refereed Papers Presented Internationally or Nationally

1. "Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." TRB Joint Summer Meeting. Minneapolis. July 13 2010. In "Beyond the Fuel Tax: Trucking & the Politics and Research of Highway Funding." With Peter F. Swan.

2. "Transforming Michigan Into a Global Freight Gateway: Detroit to the World Via Montreal and Halifax." Webinar hosted by Michigan State University Land Policy Institute. Wayne State University. April 29, 2010.

3. "Transforming Michigan Into a Global Freight Gateway: Detroit to the World Via Montreal and Halifax." FOCIS Conference. Wayne State University. April 6, 2010.

4. "Transforming Michigan into a Global Freight Gateway: Michigan to Halifax to the World." Wayne State University Economics Department Seminar. December 3, 2009.

5. "The Next Move: Metropolitan Regions and the Transformation of the Freight Transport and Distribution System". Year of the Environment Lecture. Wayne State University. November 12, 2009.

6. "Intermodal Freight Expansion in the Motor City: Linking Michigan and Atlantic Canada." Co-authored with Marc Howlett (presenter). National Urban Freight Conference. Long Beach, CA. October 24, 2009.

7. "Transforming Michigan into a Global Freight Gateway: Michigan to Halifax to the World." Working Paper 2. Atlantic Gateway Initiative Conference "Seizing the Initiative." World Trade & Convention Centre in Halifax. October 19, 2009. With Marc Howlett. Halifax, Nova Scotia, Canada.

20

Exhibit 21
Page 331

8. "Freight Transportation and Economic Development: Who Pays?  Who Profits?" With Susan Christopherson.  Jointly presented at workshop "Urban and Regional Policies and Its Effects" at the Urban Institute, and cosponsored by Brookings Institution and George Washington University Institute of Public Policy and Trachtenberg School of Public Policy and Public Administration in Washington, DC.  June 6, 2008.

9. "Port Driver Employment: The Weak Link in the Freight Security Chain." 2007 Annual Meeting of the Transportation Research Board.  Washington, DC. January 24, 2007.

10. "An Emerging Transformation of the Chinese Industrial Relations System? A Case Study of a Large State-Owned Auto Company."  With Pan Shih-wei. Annual Meeting of the Labor and Employment Relations Association and at the Automobile Industry Council of the LERA.  Chicago, IL, January 4-7, 2007.

11. "Deregulation, Contingent Pay, and Subcontracting: Safety and Health in the U.S. Trucking Industry."  Presented at "Research on Workplace Health and Safety: From the Core to the Margins."  Memorial University of Newfoundland, St. John's, Newfoundland and Labrador, Canada. June 9, 2006.

12. "Sweatshops on Wheels: The Labor Relations Crisis in American Trucking." Presented with the alternate titles "The Role of Market Forces in Labor Relations" and "You do not have to come to China to find a sweatshop."  International Symposium on Labor Relations and Labor Standards under Globalization. School of Labor and Human Resources of Renmin University. Renmin University of China. Beijing, P.R.C. April 2, 2006.

13. "The Effects of Work Hours and Sleep Deprivation on Truck Driver Occupational Safety and Health: A Conference Report." With Gregory M. Saltzman.  56th Annual Meeting of the Industrial Relations Research Association, January 3, 2004, San Diego, CA.

14. "Effects of Truck Driver Wages and Working Conditions on Highway Safety: Case Study."  With Daniel A. Rodriguez, Marta Rocha, and Asad J. Khattak.  "Economic Competition and Heavy Vehicle Safety." 2003 Annual Meeting of the Transportation Research Board, Washington, DC.  January 13, 2003.

15. "Pay Incentives and Truck Driver Safety: Case Study."  With co-authors Daniel A. Rodriguez and Felipe Targa.  "Economic Competition and Heavy Vehicle Safety."  2003 Annual Meeting of the Transportation Research Board, Washington, DC.  January 13, 2003.

16. "Proposed Changes in Motor Carrier Hours of Service Regulations: An Assessment." With Gregory M. Saltzman. 55th Annual Meeting of the Industrial Relations Research Association, Washington, DC. January 5, 2003.

17. "Estimating the Safety Effects of Truck Driver Compensation Levels: Pay Level and Pay Method."  International Industrial Relations Association 6th European Congress. Oslo, Norway June 26, 2001.

21 .

Exhibit 21
Page 332

18. "Worker Representation in the Truckload Sector: What Do Truckers Want?" In Symposium entitled "What Workers Want: Different Approaches to Employee Representation." 53rd Annual Meeting of the Industrial Relations Research Association. New Orleans, LA: January 5, 2001.

19. "Deregulation and Decentralization: The Impact on Employment Relations." Conference of International Labor Studies in the 21st Century," a conference in honor of the 35[th] Anniversary of the Department of Labour Relations and the Institute of Labour Studies, Chinese Culture University. Taipei, Taiwan, Republic of China. October 12-13, 2000.

20. "Effect of a Wage Increase on Truck Driver Safety: Quantitative Case Study Using Individual-Level Data." With Daniel Rodriguez. In paper session "The Trucking Industry: Good Jobs and Bad Jobs, but All Hard Work." Annual Meeting of the Transportation Research Board. Washington; January 11, 2000.

21. "Social Cost of Hours of Service Changes: Preliminary Estimate." With Kristen Monaco and Stephen V. Burks. In paper session "The Trucking Industry: Good Jobs and Bad Jobs, but All Hard Work." Annual Meeting of the Transportation Research Board. Washington; January 11, 2000.

22. "Preliminary Evidence for the Relationship between Truck Driver Pay and Safety." With Stanley Sedo. International Industrial Relations Association Study Group #9: Pay Systems. Boston; January 6, 2000.

23. "Labor Market Regulation: Balancing the Benefits and Costs of Competition." Annual Meeting of the Transportation Research Forum. With Dale Belman. Montreal; October 16, 1997.

24. "A Methodology for Estimating the Driver Safety and Turnover Consequences of an Increase in Wage Levels." With Daniel Rodriguez and Barbara C. Richardson. Annual Meeting of the Transportation Research Forum. Montreal; October 16, 1997.

25. "Deconstructing Deregulation: The Effects of Deinstitutionalizing the Labor Market." Presented at The 48th Annual Meeting of the Industrial Relations Research Association. New Orleans; January 6, 1997.

26. "Pay Systems in the Trucking Industry." International Industrial Relations Association Study Group #9: Pay Systems. A mini-conference of the IIRA held in conjunction with the Industrial Relations Research Association. New Orleans; January 3, 1997.

27. "The Motor Carrier Industry since Deregulation." In panel entitled "Regulatory Reform and Labor Markets." Southern Economic Association. Washington; November 23-25, 1996.

28. "Collective Bargaining in the Trucking Industry." 38th Annual Forum of the Transportation Research Forum. San Antonio; October 17-19, 1996.

29. "Taxonomy of Work Rules and Policies Effecting LTL Trucking Industry Performance: A Systems Analysis." With David Benson and Chelsea C. White III. The 38th Annual Forum of the Transportation Research Forum. San Antonio; October 17-19, 1996.

30. "Labor Law Reform: Lessons from the Trucking Industry." The 47th Annual Meeting of the Industrial Relations Research Association. Washington; January 8, 1995.

22

Exhibit 21
Page 333

31. "Strategic Bargaining and Information Exchange: An American Form of Co-Determination?" Institute of Collective Bargaining. New York; September 21, 1993.
32. "Industrial Relations in the Trucking Industry." "The Changing Nature of Private Sector Collective Bargaining" Conference. Detroit; February 8-10, 1993.
33. "Collective Bargaining in the Trucking Industry: The Effects of Institutional and Economic Restructuring." The 45th Annual Meeting of the Industrial Relations Research Association. Anaheim, California; January 5-7, 1993.
34. "Gainsharing, Profit Sharing, and Collective Bargaining." Institute of Collective Bargaining. Washington; November 10, 1992.

Invited Scholarly Seminars or Lectures

1. "The Economics of Safety and Health: Motor Carrier Safety & Truck Driver Safety & Health." ZhongNan University of Economics and Law. June 26, 2014. Wuhan, China.
2. "The Economics of Safety and Health: Motor Carrier Safety & Truck Driver Safety & Health." Second Meeting of the Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health. Keck Center of the National Academies, Washington, DC. May 28, 2014.
3. "Truck Crashes and Work-Related Factors Associated with Drivers and Motor Carriers." National Institute for Occupational Safety and Health, Transportation, Warehouse, and Utilities Sector Council. Washington, DC. February 12, 2013.
4. "Michigan Inland Port and Freight Corridor." Oakland University Economics Department. November 9, 2012.
5. "Michigan Inland Port and Freight Corridor." Hotelling Memorial Lecture, Lawrence Technological University. October 24, 2012.
6. "The Detroit Inland Port and Halifax Freight Corridor." Global Trade and Transportation: Next Steps. Dalhousie University – Michigan State University Conference. Halifax, June 20, 2011.
7. "An Economist's Perspective on "The Sustainable Transportation Supply Chain." "Developing Global Sustainability: U.S./China Partnerships" Conference. University of Michigan. May 21, 2011.
8. "Drivers of Freight Policy and Practices That Create Conflicts". Transportation Research Board Annual Meeting Event 496: Freight's Contribution to Livability and Economic Development, Part 2: Policy and Planning for Meeting Challenges of Sustainability and Economic Development in the U.S. Freight Transportation System. Washington, DC. January 25, 2011.
9. "Transforming Michigan into a Global Freight Gateway." In "Understanding the Contributions of Freight Corridors" associated with Multimodal Freight and Waterways. TRB Joint Summer Meeting. July 11-14, 2010. Minneapolis, MN.
10. "Truck Diversion from Toll Roads" in "Beyond the Fuel Tax: Trucking and the Politics and Research of Highway Funding". TRB Joint Summer Meeting. July 11-14, 2010. Minneapolis, MN.

23

Exhibit 21
Page 334

11. "The Effects of Economic Forces on Motorcoach Bus Safety". Transportation Research Board Annual Meeting, Organizing Subcommittee on Bus and Motorcoach Safety. Washington, DC. Jan 12, 2010.  Marriott Hotel.

12. "The Effects of Economic Forces on Motor Carrier Safety". Transportation Research Board Annual Meeting Session 273: "Economics of Transportation Safety: Market Failures and Regulatory Solutions". Jan 11 2010. Omni Shoreham Hotel.

13. "The Effects of Economic Forces on Motor Carrier Safety".  Presented to the Motor Carrier Safety Advisory Committee of the Federal Motor Carrier Safety Administration, U.S. Department of Transportation. Washington, DC: December 7, 2009.

14. "Benefit/Cost Analysis: Using Economics to Support Occupational Safety and Health." NIOSH Science Seminar. Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health.  Cincinnati, OH (broadcast also to Denver, Morgantown, and Washington DC audiences).  June 4, 2009.

15. "Freight Transportation and Economic Development: Does Halifax Have an Advantage?" Atlantic Gateway Initiative Summer Institute, Centre for International Trade and Transportation (CITT) at Dalhousie University.  Halifax, Nova Scotia.  August 29, 2008.

16. "If you build it, will they come?" With Rob Harrison. Atlantic Gateway Initiative Summer Institute, Centre for International Trade and Transportation (CITT) at Dalhousie University.  Halifax, Nova Scotia.  August 29, 2008.

17. "Environmental Economics: Using Market Efficiency to Create Equity in Developing a Course of Action for Ameliorating Air Emissions Associated with the Import Supply Chain."  Transportation Research Board Annual Meeting, Session 157. January 13, 2008, Washington, DC.

18. "Trucking Occupational Health and Safety: Balancing Equity for Truck Drivers and Other Highway Users with Efficiency and Growth." World Health Organization Working Group on Motor Vehicle Injury Prevention and Control in South Asia.  New Delhi, India. August 30, 2007.

19. "China's New Labor Contract Law:  What it may mean for global business and labor." Committee on Trucking Industry Research.  Transportation Research Board Summer Meeting. Chicago, IL.  July 9, 2007.

20. "The Trucking Industry: Can we create a high road in the face of destructive competition?" Labor and Employment Relations Association National Policy Forum. Hotel Washington, Washington, DC.  June 15, 2007.

21. Lecture Series on Industrial Relations.  Jilin University Business School, Department of Human Resources.  Changchun, Jilin Province, People's Republic of China.  Weekly, March 5 – May 11, and biweekly in April, 2007 due to university holidays.

22. "Globalization and Industrial Relations: The Challenge to Labor Standards." National Chung Cheng University – 國立中正大學.  Chaiyi, Taiwan R.O.C. November 10, 2006.

23. "Efficiency, Equity, and Voice: Ethics and the Employment Relationship." College of Commerce. National Chengchi University - 國立政治大學.  Taipei, Taiwan R.O.C. November 9, 2006.

24

Exhibit 21
Page 335

24. "Efficiency, Equity, and Voice: Ethics and the Employment Relationship." Institute of Labour Science Studies, Chinese Culture University – 中國文化大學, Taipei City, Taiwan R.O.C. November 8, 2006

25. "Globalization and Industrial Relations: The Challenge to Labor Standards." Department of Public Administration, International Master's Program in Taiwan Studies, College of Social Sciences, National Cheng Chi University - 國立政治大學. Taipei, Taiwan R.O.C. November 6, 2006.

26. "Liberalization and the Affects on Health and Safety." Institute of Labour Studies, National Chengchi University - 國立政治大學. Taipei, Taiwan R.O.C. November 2, 2006.

27. "Foundations of Industrial Relations: Globalization, Industrial Relations, and Labor Standards." Institute of Labour Studies, National Chengchi University - 國立政治大學. Taipei, Taiwan R.O.C. November 1, 2006.

28. "Globalization and Industrial Relations: The Cube Root of Labor Standards. Institute of European and American Studies, Academia Sinica, Taipei, Taiwan R.O.C. November 1, 2006.

29. "The Institutions of the Employment Relationship and Determinants of Industrial Relations Outcomes." Institute of Labour Studies, National Chengchi University - 國立政治大學. Taipei, Taiwan R.O.C. October 26, 2006.

30. "What Do Unions Do?  What Should Unions Do?" Institute of Labour Studies, National Chengchi University - 國立政治大學. Taipei, Taiwan R.O.C. October 26, 2006.

31. "Inequality and the Ethics of the Employment Relationship," Institute of Labour Studies, National Chengchi University - 國立政治大學. Taipei, Taiwan R.O.C. October 19, 2006.

32. "The History of the 'Labor Problem' in Industrial Societies, with Emphasis on the U.S." Institute of Labour Studies, National Chengchi University - 國立政治大學. Taipei, Taiwan R.O.C. October 12, 2006.

33. "Foundations of Industrial Relations: The Theory of Industrial Relations." Institute of Labor Studies, National Chengchi University - 國立政治大學. Taipei, Taiwan R.O.C. October 5, 2006.

34. "Efficiency, Equity, and Voice: Ethics and the Employment Relationship." Department Business Administration, School of Management, National Central University. Jhongli City, Taoyuan County, Taiwan R.O.C. September 29, 2006.

35. "The Evolution of Labor Law in the United States: A Comparative Perspective." Department Labor Law, Law School, Jilin University. Changchun, Jilin Province, P.R.C. August 28, 2006.

36. "Industry Studies: The Gateway to Industrial Relations Research in Market Economies." Department of Human Resources, Business School, Jilin University. Changchun, Jilin Province, P.R.C.  August 24, 2006.

25

Exhibit 21
Page 336

37. "Effects on Professional Practice: Highway transportation." Public Forum on OMB's Proposed Risk Assessment Bulletin: Implications for Practice Inside and Outside Government. A workshop sponsored by: Society for Risk Analysis, Society of Environmental Toxicology and Chemistry in North America, Society of Toxicology, and International Society of Regulatory Toxicology and Pharmacology. Washington, DC: May 23-24, 2006.

38. "Impact of Pricing on Congestion Management." In Session 212: "Freight Systems Capacity Issues, Part 1: Impact of Pricing on Congestion Management." Presented at 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 23, 2006.

39. "The Market for Trucking Services: Efficient Market or Risk Shifting?" In Session 701: "Who's Left Holding the Bag? Cost Pass-throughs in Trucking." Presented at 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 25, 2006.

40. Seminar on Industrial Relations Teaching and Research Theory and Practice. Department of Labour and Human Resource Management, People's (*Renmin*) University. Beijing, China. September 9, 2005.

41. "The Introduction of Free Market Competition: My Experience as a Truck Driver and Teamster." Beijing. Lecture to incoming undergraduate students at the Chinese Institute of Industrial Relations. September 8, 2005.

42. "Sweatshops on Wheels: The Labor Relations Crisis in American Trucking." Beijing. Chinese Institute of Industrial Relations. September 8, 2005.

43. "Efficiency, Equity, and Voice: How Good Labor Relations Promotes Political Stability and Prosperity." Beijing. School of Labour Economics, Capital University of Economics and Business. September 7, 2005.

44. "Efficiency, Equity, and Voice: How Good Labor Relations Promotes Political Stability and Prosperity." Beijing. Chinese Institute of Industrial Relations. September 5, 2005.

45. "Comments on proposed Chinese labor law." Seminar on Labor Contract Law, National Committee on U.S.-China Relations. University of Michigan: Ann Arbor. July 13, 2005.

46. "China Trade: The Economic Impact." China Workshop. Worcester Polytechnic Institute. Worcester, MA. June 16, 2005. Sponsored by Sloan Foundation and Sloan Industry Studies Network.

47. "Efficiency, Equity, and Voice: Labor Relations, Political Stability, and Development." China Workshop. Worcester Polytechnic Institute. Worcester, MA. June 16, 2005. Sponsored by Sloan Foundation and Sloan Industry Studies Network.

48. "Commercial Motor Vehicle Driver Health and Wellness: The Crystal Ball." Transportation Research Board Conference on Future Directions for Truck and Bus Safety Research. March 23 and 24, 2005, Washington, DC.

26

Exhibit 21
Page 337

49. "CMV Safety and Health: An Economic Approach." Transportation Research Board Session 458: "Health and Safety Effects of Intense Competition on Transport Workers." 84th Annual Meeting of the Transportation Research Board. January 11, 2005, Washington, DC.

50. "Revised Hours-of-Service Regulations: "What Effect Have They Had on Motor Carriers and Drivers?" Transportation Research Board Session 300: "Truck Drivers' Hours of Service One Year Later." 84[th] Annual Meeting of the Transportation Research Board. January 10, 2005, Washington, DC.

51. "The Economics of Illness and Injury: Commercial Motor Vehicle Drivers." Transportation Research Board Human Factors Workshop Session 134: "Maximizing Safety, Efficiency, and Quality of Life: Linking Work and Off-Work Conditions for Transportation Workers through Application of Human Behavioral Science." 84th Annual Meeting of the Transportation Research Board. January 9, 2005, Washington, DC.

52. "Illness and Injury: The Focus on Commercial Motor Vehicle Drivers." 57th Annual Meeting of the Labor and Employment Relations Association. Collective Bargaining Section Workshop. January 6, 2005, Philadelphia, PA.

53. "California Trucking Associations Safety Best Practices: A Partnership with the Trucking Industry Benchmarking Program." In "Innovations in Motor Carrier Safety Management Part I: Efforts at Self-Regulation" (Session 614) at the 83rd Annual Meeting of the Transportation Research Board. January 14, 2004, Washington, DC.

54. "Wage Strategies, Firm Survival, and Turnover in the Trucking Industry." With co-authors Stanley A. Sedo, Julia Lane, and Kristin Sandusky. "New Evidence on Firms, Workers, and the Dynamics of Labor Markets." *56th Annual Meeting of the Industrial Relations Research Association,* January 3, 2004, San Diego, CA.

55. "The Jobs Tunnel: The Economic Impact of Adequate Border-Crossing Infrastructure." Urban Research Seminar. Wayne State University College of Urban, Labor, and Metropolitan Affairs. Detroit, MI. November 10, 2003.

56. "Sweatshops and Safety: An Economic Analysis of Truck Driver Safety." The Pennsylvania State University, Department of Supply Chain and Information Systems, Smeal College of Business, and the Department of Labor Studies and Industrial Relations. State College, PA. February 3, 2003.

57. "Trucking Industry Deregulation: Workforce Effects." Sloan Industry Centers Annual Meeting. Cambridge, MA: December 5, 2002.

58. "Trucking Industry Program." Sloan Foundation/Census Department Longitudinal Employer Household Dynamics Meeting. Urban Institute: Washington, DC, April 18, 2002.

59. "Pay for Safety: An Economic Alternative for Truck Driver Safety." In "Surface Freight Transportation Safety and Productivity: Mutual Coexistence?" Transportation Research Board 81st Annual Meeting, Washington, DC. January 16, 2002.

27

Exhibit 21
Page 338

60. "Trucking Industrial Relations in the 1990s: Driving Down a Rocky Road." 54th Annual Meeting of the Industrial Relations Research Association.  Atlanta, GA: January 6, 2002.

61. "Safety and Productivity in Truck Transportation." Keynote address to Manitoba Truck Safety Symposium.  University of Manitoba: Winnipeg, Manitoba, Canada. October 24, 2001.

62. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation."  Pembroke College, Oxford University, Oxford, United Kingdom.  November 28, 2000.

63. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation."  Department of Industrial Relations, London School of Economics, London, United Kingdom. November 30, 2000.

64. "Deregulation and Decentralization: The Impact on Employment Relations."  Inaugural Graduate Colloquium of the Department of Sociology, Chung-Ang University, Seoul, Korea.  October 18, 2000.

65. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Doctoral Seminar, Department of Civil Engineering, University of Texas College of Engineering. Austin, Texas, September 15, 2000.

66. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Department Seminar.  Lyndon B. Johnson School of Public Policy.  University of Texas.  Austin, Texas, September 14, 2000.

67. "Sweatshops on Wheels: De-Regulation in the U.S. Trucking Industry." Department of Industrial Relations and Organizational Behaviour, University of New South Wales. Sydney, New South Wales, Australia.  July 26, 2000.

68. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Monash University.  Clayton, Victoria, Australia.  July 24, 2000.

69. Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." European Trade Union Institute.  Brussels, Belgium.  May 11, 2000.

70. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Wissenschaftszentrum Nordrhein-Westfalen, Institute Arbeit Und Technik. Gelsenkirchen, Germany.  May 8, 2000.

71. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Wissenschaftszentrum Berlin, Organisation und Beschäftigung.  Berlin, Germany.  May 4, 2000.

72. "Labor Issues Affecting Trucking Industry Participation in Intermodal Freight." Global Intermodal Freight: State of Readiness for the 21st Century (Transportation Research Board National Conference).  Long Beach, California February 26, 2000.

73. "Sweatshops on Wheels."  In symposium "Wage Inequality & Labor Market Institutions."  Annual Meeting of the Industrial Relations Research Association.  Boston; January 7, 2000.

74. Results of Hours of Service research to Sloan Foundation Annual Industry Studies Meeting. University of Minnesota, Minneapolis, Minnesota; April 10, 1999.

28

Exhibit 21
Page 339

75. "Consequences of Deinstitutionalizing Labor Markets." With Dale Belman. Economics Research Network, John T. Dunlop, Chair. Washington; April 17, 1997.

76. "Labor Market Regulation." In Roundtable Discussion of Wage Inequality, chaired by John T. Dunlop. Sloan Foundation Annual Industry Studies Meeting. Harvard University, Cambridge, Massachusetts; April 4, 1997.

77. "Wage Effect Issues and Changes in Equality – Cross-Cutting Issues." Sloan Foundation Industry Studies Annual Review Meeting. The Wharton School, University of Pennsylvania. Philadelphia; April 18-19, 1996.

78. "Industrial Relations Trends in the Construction Industry, 1960s through 1990s." Economics Research Network. Washington; October 16, 1995.

79. "Inter-City Trucking in the U.S." Presented at international conference sponsored by the Institute of Collective Bargaining. "Regional Integration and Industrial Relations in North America." Ithaca, New York; October 1-2, 1993.

Guest Lectures and Presentations at Practitioner Meetings

1. "Michigan Inland Port and Freight Corridor" in panel session: "The Future of Rail". Michigan Association of Counties Legislative Conference, Lansing, March 25, 2014.

2. "Port Labor Representation in Perspective". *Journal of Commerce* annual Trans-Pacific Maritime Conference. Long Beach, CA. March 4, 2014.

3. "Michigan Inland Port and Freight Corridor." Atlantic Provinces Transportation Forum. Halifax, Nova Scotia, CA. June 12, 2013.

4. "Michigan Inland Port and Freight Corridor." Transportation Club of Toledo. Toledo, OH. May 7, 2013.

5. "Truck Crashes and Work-Related Factors Associated with Drivers and Motor Carriers." National Institute for Occupational Safety and Health; Transportation, Warehouse, and Utilities Sector Council. Washington, DC. February 12, 2013.

6. "Michigan Inland Port and Freight Corridor." Wayne County Economic Development and Growth Engine. Detroit, MI. December 5, 2012.

7. "Michigan Inland Port and Freight Corridor." Port of Monroe Executive Team. Monroe, MI. December 3, 2012

8. "Great Lakes Global Freight Gateway." Detroit Works. August 2, 2012.

9. "The Affects of Economic Forces on Motor Carrier Safety: Australian Regulatory Change. Transportation Research Board of the National Academies. January 25, 2012.

10. "Economic Forces in Motor Carrier Safety: Regulatory Change in Australia." Transportation Research Board of the National Academies. January 24, 2012.

11. "The Detroit Inland Port, Freight Corridors, and Michigan Freight Gateway." State Dept Foreign Press Center, Reporting tour of foreign journalists. Wayne State University, Detroit; January 10, 2012.

12. "The Affects of Economic Forces on Motor Carrier Safety: Labor economics and fatigue." Amalgamated Transit Union, AFL-CIO/CLC International Headquarters, Washington DC. Presidents' meeting. December 19, 2011.

29

Exhibit 21
Page 340

13. "The Effects of Economic Forces on Motorcoach Bus Safety." Amalgamated Transit Union, AFL-CIO/CLC International Headquarters, Washington DC.  Presidents' meeting. December 19, 2011.

14.  "The Economics of Safety: How Compensation Affects Commercial Motor Vehicle Driver Safety." ITF Health & Safety Conference. San Francisco, California, December 12, 2011.

15. "The Affects of Economic Forces on Motor Carrier Safety: Labor economics and fatigue." Fatigue in Transit Operations Conference. Transportation Research Board. Washington, DC. October 12, 2011.

16. "The Michigan Inland Port and Freight Corridor." West Michigan Policy Forum. Michigan: The logistics hub of the Mid-west. Grand Traverse Resort | Traverse City, MI; October 3 2011.

17. "The Detroit Inland Port and Halifax Freight Corridor." Detroit Revitalization Fellows Program. Wayne State University, Detroit; August 17, 2011.

18. "The Effects of Economic Forces on Motor Carrier Safety." Michigan Safety Conference, Lansing, MI. April 20, 2011.

19. "Transforming Michigan into a Global Freight Gateway: The Detroit Inland Port." Engineering Society of Detroit; Southfield. March 9, 2011.

20. "Drivers of Freight Policy and Practices That Create Conflicts." TRB Annual Meeting Event 496; Freight's Contribution to Livability and Economic Development, Part 2: Policy and Planning for Meeting Challenges of Sustainability and Economic Development in the U.S. Freight Transportation System. Transportation Research Board Annual Meeting, Washington, DC. January 25, 2011.

21. "Transforming Michigan Into A Global Freight Gateway: Making Detroit A Premier Midwest Inland Port". Doing Things Differently in Detroit.  Detroit. October 6, 2010.

22. "Transforming Michigan Into A Global Freight Gateway: Making Detroit A Premier Midwest Inland Port".  Detroit Strategic Framework Team.  Wayne State University, Detroit. September 13, 2010.

23. "Transforming Michigan Into A Global Freight Gateway: Making Detroit A Premier Midwest Inland Port".  Rick Snyder for Michigan.  Ann Arbor. August 30, 2010.

24. "Economic Development and Governance In Detroit." Detroit Charter Revision Commission. Mayflower Church. July 27, 2010.

25. "Trucking Perspective on Congestion Pricing." TRB Joint Summer Meeting. Minneapolis. Congestion Pricing Workshop: Lessons Learned. July 14 2010.

26. "Transforming Michigan Into a Global Freight Gateway: Making Detroit a Premier Midwest Inland Port."  TRB Joint Summer Meeting. Minneapolis. July 12, 2010.

27. "Transforming Michigan into a Global Freight Gateway: Detroit to the World Via Montreal and Halifax."  Presentation to Wayne County Executive Robert Ficano and Wayne County economic development staff.  Guardian Building. Detroit, MI. June 14, 2010.

30

Exhibit 21
Page 341

28. "Transforming Michigan into a Global Freight Gateway: Detroit to the World Via Montreal and Halifax." Congressman John Conyers' Town Hall Meeting. "State of the Economy: A Discussion About Job Creation and Foreclosure Relief." University of Detroit-Mercy. Detroit, MI. June 5, 2010.
29. "Economic Forces and Motor Carrier Safety: Pay and Work Pressure." Transport Workers' Union Federal Council. Canberra, Australia. May 7, 2010 (via telecom hookup).
30. "Economic Forces and Motor Carrier Safety: Pay and Work Pressure." SafeRates Summit. Sydney, NSW, Australia.  July 29, 2009.
31. "Strategic Location and Economic Development: Detroit-Windsor as a Global Freight Hub".  Presented at Hub'09 International Multimodal Conference, hosted by WindsorEssex Development Commission.  Caesars — Windsor.  May 6, 2009.
32. "The Affects of Economic Forces on Motor Carrier Safety: Labor economics and fatigue".  Presented at the International Conference on Fatigue Management in Transport Operations.  Boston, MA. March 25, 2009.
33. "Cross Border Cooperation and Economic Development: Detroit-Windsor as Global Freight Hub." 19th Wayne-Windsor Canadian Studies Symposium. "Cross-Border Transportation at the Detroit River: Trade, Security and US-Canada Cooperation." University of Windsor, Windsor, Ontario. February 27, 2009.
34. Impact of regulation and deregulation, industry structure, pay structure, and hiring practices on road safety. International Conference on Road Safety at Work. Sponsored by National Institute for Occupational Safety and Health and World Health Organization. Washington, DC.  February 17, 2009.
35. "Private Interest and Public Purpose of PPPs: What are we trying to accomplish?"  In Private Ownership of Critical Infrastructure: What are the benefits and the pitfalls? Transportation Research Board Summer Meeting.  Baltimore, MD, June 17, 2008.
36. The Trucking Industry: What put us on the low road? How do we restore good jobs?"  In "High-Road Competitive and Employment Strategies: Pathways to the American Dream across U.S. Industries".  14th Annual Labor-Management Conference, Labor and Employment Relations Association Track. Washington, DC, June 10, 2008.
37. "Chinese Industrial Relations: What it means for American labor." 32nd Annual Teamsters for a Democratic Union Rank & File Convention. November 3, 2007. Chicago, IL.
38. "NAFTA: The implications of opening the border to Mexican trucking operations." 32nd Annual Teamsters for a Democratic Union Rank & File Convention. November 3, 2007. Chicago, IL.
39. "Economic Issues in Border Security: The Perspective of Private Sector Trucking." Homeland Security and Canada - U.S. Border Trade: Implications for Public Policy and Business Strategy. October 26, 2007. Windsor, Ontario Canada.

31

Exhibit 21
Page 342

40. "Full International Truck Operations across the Mexican Border: Impacts on Drivers and Motor Carriers." Tennessee Employment Relations Research Association (TERRA), 10th Annual Conference. 19 October 2007. Arnold Engineering Development Center, Tullahoma, Tennessee.

41. "The Trucking Industry: Can we create a high road in the face of destructive competition?" Tennessee Employment Relations Research Association (TERRA), 10th Annual Conference. 19 October 2007. Arnold Engineering Development Center, Tullahoma, Tennessee.

42. "China's New Labor Contract Law: What it means for global business & labor." Tennessee Employment Relations Research Association (TERRA), 10th Annual Conference. 18 October 2007. Arnold Engineering Development Center, Tullahoma, Tennessee.

43. "China's New Labor Contract Law: What it means for global business & labor." Detroit Area Labor and Employment Relations Association (LERA). 4 October 2007. Southfield, MI.

44. "Empirical Evidence of Toll Road Traffic Diversion and Implications for Highway Infrastructure Privatization." With Peter F. Swan.  Working paper presentation to the Transportation Research Board Trucking Industry Research Committee.  Chicago, IL. July 9, 2007.

45. "The Roots of Globalization and International Trade."  Presentation to officers and members of United Auto Workers Local 889. Detroit, MI. August 2, 2006.

46. "Workforce Choices: Pennsylvania Logistics & Transportation."  Keynote presentation to Pennsylvania Workforce Investment Board, Logistics and Transportation Regional Industry Partnership meeting.  October 11, 2005.  Carlisle, PA.

47. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation."  Teamsters Local 728 General Membership Meeting. February 12, 2005, Atlanta, GA.

48. "Trends in Global Logistics: United Parcel Service as a Freight Transportation Company."  Teamsters Local 728 UPS Meeting.  February 12, 2005, Atlanta, GA.

49. "Sweatshops on Wheels: Trucking Deregulation and Freight."  Teamsters Local 728 Freight Meeting.  February 12, 2005, Atlanta, GA.

50. "The Economic Impact of Adequate Border-Crossing Infrastructure."  Chass Clinic. Detroit, MI.  December 16, 2004.

51. "Owner Operator Cost of Operations Survey."  OOIDA Foundation Board. Grain Valley, MO.  November 10, 2004.

52. "Occupational Analysis: Logistics and Transportation."  With Stanley Sedo and Peter Swan.  Occupations and Workforce Needs in Targeted Industry Clusters Workshop, sponsored by the  Pennsylvania Department of Labor and Industry, the Center for Workforce Information and Analysis, and the Keystone Research Center.  Harrisburg, PA; October 29, 2004.

32

Exhibit 21
Page 343

53. "Illness and Injury: The Focus on Commercial Motor Vehicle Drivers." Steps to a Healthier US Workforce Symposium, October 27, 2004, Washington DC. Sponsored by the National Institute for Occupational Safety and Health.

54. "Current Issues in Freight." Teamsters for a Democratic Union Annual Meeting. Cleveland, OH; October 21, 2004.

55. "Rail and Intermodal Issues." Teamsters for a Democratic Union Annual Meeting. Cleveland, OH; October 21, 2004.

56. "Trucking Industry Benchmarking Program: Partners in Safety." International Truck Show. Anaheim, CA. September 22, 2004.

57. "Trucking Industry Benchmarking Program: Partnerships in the Development of Safety Best Practices." National Policy Foundation. Taipei, Taiwan. July 6, 2004.

58. "Owner Operator Cost of Operations Survey: First Results." Owner Operator Independent Drivers Association Board Meeting. Grain Valley, MO. May 13, 2004.

59. "Owner Operator Cost of Operations Survey." Owner Operator Independent Drivers Association Board Meeting. Grain Valley, MO. November 14, 2003.

60. "Trucking Industry Benchmarking Program – California Trucking Association ISO Safety Best Practices Survey." California Trucking Association Northern California Safety Symposium. Sacramento, CA. November 7, 2003.

61. "The Jobs Tunnel: The Economic Impact of Adequate Border-Crossing Infrastructure." Booker T. Washington Business Association. Detroit, MI. November 4, 2003.

62. "United Parcel Service and General Freight." Teamsters for a Democratic Union Annual Convention. Detroit, MI. October 26 2003.

63. "The Status of the General Freight Industry." Teamsters for a Democratic Union Annual Convention. Detroit, MI. October 26, 2003.

64. "Global Logistics." Teamsters for a Democratic Union Annual Convention. Detroit, MI. October 25, 2003.

65. "Trucking Industry Benchmarking Program – California Trucking Association ISO Safety Best Practices Survey." California Trucking Association Southern California Safety Symposium. Anaheim, CA. October 24, 2003.

66. "Trucking Industry Deregulation: Workforce Effects." Commission for Labor Cooperation Secretariat, focus group studying workers' compensation. Washington, DC. March 21-22, 2003.

67. "Trucking Industry Deregulation: Effects on Drivers." Canadian Auto Workers Union National Conference." Toronto, December 7, 2002.

68. "Trucking Industry Benchmarking Program and Proposed Owner-Operator Cost-of-Operations Survey." Presentation to OOIDA Board Meeting. Kansas City, MO. October 11, 2002.

69. 'Trucking Industry Benchmarking Program." Presentation to Advisory Board of the Trucking Industry Program and The Logistics Institute. Georgia Institute of Technology. Atlanta, GA: May 26, 2002.

33

Exhibit 21
Page 344

70. "Trucking Industry Program." Sloan Foundation/Longitudinal Employer Household Dynamics meeting. Washington, DC. April 19, 2002.

71. "Sweatshops and Safety: An Economic Analysis of Truck Driver Safety." Session on Perspectives on Truck and Bus Safety, Truck and Bus Safety Summit; Knoxville, TN, April 3, 2002.

72. "Sweatshops and Safety: An Economic Analysis of Truck Driver Safety." Michigan Section of the Institute of Transportation Engineers, Technical Section. Lansing, MI. March 21, 2002.

73. "Trucking Industry Benchmarking Program." Board of Directors of the North American Transportation Research Association. Las Vegas, NV. March 22, 2002.

74. "Hours of Service." North American Trucking Industrial Relations Association. St. Petersburg Beach, FL. November 12, 2001.

75. "Pay and Safety." Presentation to Executive Board of Owner Operator Independent Drivers Association. Grain Valley, MO: November 8, 2001.

76. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Truckload Carriers Association Board Meeting. Chicago, IL: June 28, 2001.

77. "Proposed DOT Hours of Service Regulations." North American Trucking Industrial Relations Association. St. Petersburg Beach, FL. November 13, 2000.

78. Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Doug Fraser Center for Workplace Studies. Wayne State University, Detroit, MI: April 4, 2001.

79. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Industrial Relations Research Association of Southeast Michigan. Wayne State University, Detroit, MI: February 1, 2001.

80. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Keynote Speech to "Truck Driver Workload Public Consultation Forum." Canadians for Responsible and Safe Highways. Toronto, Ontario, Canada. September 28, 2000.

81. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Seminar presented to public at the Motor Accident Authority of New South Wales, July 28, 2000.

82. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Public Seminar for Inquiry into Causes of Truck Accidents, Motor Accident Authority of New South Wales. Sydney, Australia, July 27, 2000.

83. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Australian Industrial Relations Society, Victoria Chapter. Melbourne, Victoria, Australia. July 24, 2000.

84. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Keynote Speaker for Women in International Trade of Orange County. Newport Beach, California; June 16, 2000.

85. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Keynote Speaker for Foreign Trade Association of Southern California, the Harbor Transportation Club, and Steamship Association of Southern California. Long Beach, California; June 15, 2000.

34

Exhibit 21
Page 345

86. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." International Transport Workers Federation. London, United Kingdom. May 15, 2000.

87. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Deutsche Postgewerkschaft meeting developing European Works Council, Friedrich Ebert Stiftung Institute. Bonn, Germany. May 9, 2000.

88. "Truck Driver Hours of Service Analysis." Presented to the North American Trucking Industrial Relations Annual Meeting. St. Petersburg Beach, Florida; November 8, 1999.

89. LTL Trucking Industry Case Study. University of Michigan Trucking Industry Program Seminar; University of Michigan, Ann Arbor, November 3, 1999.

90. "Issues in Truck Driver Hours of Service Rules." Presentation to Executive Board of Owner Operator Independent Drivers Association. Grain Valley, MO; October 21, 1999.

91. "The Relationship between Truck Driver Pay and Safety." Presented to U.S. Department of Transportation staff. With Stanley Sedo, in seminar at the Office of Motor Carriers in Washington DC. October 13, 1999.

92. "UMTIP Research on Truck Driver Wages and Working Conditions." Presentation to Executive Board of Owner Operator Independent Drivers Association. Grain Valley, MO. April 23, 1999.

93. Teamsters for a Democratic Union Annual Meeting. Freight Industry Jurisdictional Meeting: "Update on Proposed Department of Transportation Hours of Service Regulatory Revisions." Milwaukee, Wisconsin; November 8, 1998.

94. Owner Operator Independent Drivers Association. Dedication of New International Headquarters Building and Silver Anniversary Celebration. Grain Valley, Missouri; October 9, 1998.

95. "Transportation and Society Seminar: Integrating Transportation Into the Larger Society" (Urban Planning 670, Natural Resources and Environment 760, Public Health Management & Policy 674, and Psychology 401 Section 2); February 20, 1998.

96. "1997 Survey of Truck Drivers: A Preliminary Report." Presented to Office of Motor Carriers, U.S. Department of Transportation. With Dale Belman. Washington; April 24, 1998.

97. "The Impact of Trucking Deregulation on Truck Drivers: Implications for the Deregulation of the Electric Power Industry." Annual Meeting of the Indiana Electrical Association. Indianapolis, Indiana; October 3, 1997.

98. "Taking Back Our Markets: Lessons from Syracuse." National Conference of the Building and Construction Trades Department, AFL-CIO. Washington; April 15, 1997.

99. "Surveying Local Construction Markets." National Conference of the Building and Construction Trades Department, AFL-CIO. Washington; April 22, 1996.

100.     "The Construction Industry: 19th or 21st Century Competition?" Keystone Research Center Conference "The Future of Work, Education, and Community in Pennsylvania." Lancaster, Pennsylvania; September 7, 1996.

35

Exhibit 21
Page 346

101.    "Trucking: Good Jobs or Bad Jobs?"  Keystone Research Center Conference "The Future of Work, Education, and Community in Pennsylvania."  Lancaster, Pennsylvania; September 6, 1996.

102.    "Collective Bargaining in the 1994 Round: The Emerging Role of the CEO in the Bargaining Process and the Effects on Trucking Industrial Relations." National Trucking Industrial Relations Association Annual Meeting.  St. Petersburg Beach, Florida; November 9, 1994.

103.    "The North American Free Trade Agreement in Review: The Expected Impact on Trucking." National Trucking Industrial Relations Association Annual Meeting.  St. Petersburg Beach, Florida; November 9, 1993.

104.    "Motor Carrier Industrial Relations in Transition: An Academic Perspective." National Trucking Industrial Relations Association Annual Meeting.  St. Petersburg Beach, Florida; November 10, 1993.

Other Scholarly Work

1. "Less-Than-Truckload Trucking Industry Case Study and Benchmarking Report."  Ann Arbor: University of Michigan Trucking Industry Program January 11, 2000.  This report is not available to the public.
2. "Report of Results: Syracuse NY."  Report of the Cornell University Construction Industry Consortium to the Building and Construction Trades Department, AFL-CIO. December 31, 1997.
3. "The Trucking Industry: Structure, Work Organization, Productivity, and Labor Markets."  Report to the Office of Technology Assessment, ITC Program "Technology, jobs, and productivity in the service economy."  July 31, 1995.  Contract number M3-0936.0.
4. "Impacts of Technology and Work Organization in the Residential Construction Industry." Report to the Office of Technology Assessment, ITC Program "Technology, jobs, and productivity in the service economy."  July 31, 1995.  Contract number K3-1771.1.
5. "Strategic Bargaining and Information Exchange: An American Version of Co-Determination?"  Ithaca, New York: Institute of Collective Bargaining.  1994.
6. "Gain Sharing, Profit Sharing, and Collective Bargaining in the Private Sector."  Ithaca, New York: Institute of Collective Bargaining.  1994.
7. Collective Bargaining in the Trucking Industry: The Effects of Institutional and Economic Restructuring." Unpublished Ph.D. Dissertation.  Cornell University, Ithaca, NY, 1993.
8. The Transformation of Labor Relations in the Trucking Industry since Deregulation." Unpublished Master's Thesis.  Cornell University, Ithaca, NY, 1990.

Conferences Chaired

36

Exhibit 21
Page 347

1. Convener and Chair: "Wayne State University Conference on Truck Driver Occupational Safety and Health." Detroit, MI. April 24 and 25, 2003.
2. Convener and Chair: Conference on the Health Care Crisis in the United States, as a program sponsored by the Collective Bargaining Network of the Industrial Relations Research Association. January 2, 2003, in Washington DC.
3. Convener and Chair. "Trucking Industry Security Meeting," sponsored by the Transportation Research Board Task Force on Trucking Industry Research and University of Michigan Trucking Industry Program. National Academy of Sciences, Washington, DC, November 5, 2001.

Discussant at Conference Paper Sessions

1. "Truck Drivers, Congestion, and Carbon Footprints" (Session 359). Transportation Research Board Annual Meeting. Monday, January 12, 2009. Washington, DC.
2. "Living Wage Laws: How Much Do (Can) They Matter?" by Harry J. Holzer. At "Urban and Regional Policies and Its Effects" at the Urban Institute, and cosponsored by Brookings Institution and George Washington University Institute of Public Policy and Trachtenberg School of Public Policy and Public Administration in Washington, DC. June 6, 2008.
3. Refereed Papers Session. 54th Annual Meeting of the Industrial Relations Research Association. Washington, DC: January 5, 2003.
4. "Labor Markets and Economics, and International Refereed Papers Symposium." 53rd Annual Meeting of the Industrial Relations Research Association. New Orleans, LA: January 7, 2001.
5. "Labor Markets and Economics, and International Refereed Papers Symposium." 53rd Annual Meeting of the Industrial Relations Research Association. New Orleans, LA: January 7, 2001.
6. "Strategic Diversity in Union Political Action: Implications for the 1992 Elections," by Richard W. Hurd and Jeffrey E. Sohl. Paper presented in session entitled "Strategic Evaluation of Union Political Activities." The 44th Annual Meeting of the Industrial Relations Research Association. New Orleans; January 3-5, 1992.

37

Exhibit 21
Page 348

Conference Sessions Chaired

1. Transportation Research Board Committee on Trucking Industry Research (AT060). Transportation Research Board Summer Meeting. Baltimore, MD, June 17, 2008.
2. "Utilizing Technology to Address congestion at U.S.—Canadian Border Crossings". Transportation Research Board Summer Meeting. Baltimore, MD, June 17, 2008.
3. "Freight Economics and Public-Sector Transportation Funding: Understanding the Disconnect". Transportation Research Board Summer Meeting. Baltimore, MD, June 16, 2008.
4. Task Force on Trucking Industry Research: Full Task Force (AT060T). 86th Annual Meeting of the Transportation Research Board. Washington, DC: January 23, 2007.
5. "Technical Committee on Trucking Industry Research." 2006 Transportation Research Board Summer Conference. La Jolla, CA, July 9-11, 2006.
6. "Impact of Pricing on Congestion Management." Session 212: "Freight Systems Capacity Issues, Part 1: Impact of Pricing on Congestion Management." 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 23, 2006.
7. Session 497: "Border Shipping Challenges: Security Versus Delay." 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 24, 2006.
8. Task Force on Trucking Industry Research: Full Task Force (AT060T). 85th Annual Meeting of the Transportation Research Board. Washington, DC: January 24, 2006.
9. "Driver Health and Wellness." 2005 International Truck & Bus Safety & Security Symposium. Alexandria, VA. November 14, 2005.
10. Task Force on Trucking Industry Research: Full Task Force (AT060T). 84th Annual Meeting of the Transportation Research Board. Washington, DC: January 11, 2005.
11. "Innovations in Motor Carrier Safety Management Part I: Efforts at Self-Regulation, Industry Perspective" (Session 658) at the 83rd Annual Meeting of the Transportation Research Board. January 14, 2004, Washington, DC.
12. "Truck Size and Weight: Economic Effects." 82nd Annual Meeting of the Transportation Research Board. January 14, 2003.
13. Task Force on Trucking Industry Research: Full Task Force (AT060T). 83rd Annual Meeting of the Transportation Research Board. Washington, DC: January 13, 2004.
14. "Health Care Issues in the Southern California Grocery Strike of 2003-2004." Presenter: Howard Foreman, Research Director of the United Food and Commercial Workers Union. Collective Bargaining Section Meeting, 56th Annual Meeting of the Industrial Relations Research Association. January 2, 2004, San Diego, CA.
15. "TRB Special Report 267, Regulation of Weights, Lengths, and Widths of Commercial Motor Vehicles, Part 3: Business and Economic Implications." 82nd Annual Meeting of the Transportation Research Board, Washington, DC. January 14, 2003.
16. Task Force on Trucking Industry Research: Full Task Force (AT060T). 82nd Annual Meeting of the Transportation Research Board. Washington, DC: January 15, 2003.

38

Exhibit 21
Page 349

17. "Full International Truck Operations across the Mexican Border: Impacts on Drivers and Motor Carriers." 81st Annual Meeting of the Transportation Research Board. Washington, DC.  January 16, 2002.
18. Task Force on Trucking Industry Research: Full Task Force (AT060T).  81st Annual Meeting of the Transportation Research Board.  Washington, DC: January 16, 2002.
19. Presiding Officer and discussant. "Bargaining in Flux." 54th Annual Meeting of the Industrial Relations Research Association.  Atlanta, GA: January 4, 2002.
20. Task Force on Trucking Industry Research: Full Task Force (AT060T).  80th Annual Meeting of the Transportation Research Board.  Washington, DC: January 11, 2001.
21. "Trucking Productivity, Part 2: Impact of Driver Shortages."  80th Annual Meeting of the Transportation Research Board. Washington, DC: January 10, 2001.
22. "The Trucking Industry: Good Jobs and Bad Jobs, but All Hard Work." 79th Annual Meeting of the Transportation Research Board.  Washington; January 11, 2000.
23. Task Force on Trucking Industry Research: Full Task Force (AT060T).  79th Annual Meeting of the Transportation Research Board.  Washington, DC: January 11, 2000.
24. Presiding Officer, Introduction, and Discussant: "And Lord, Let It Be Palletized: A Portrait of Truck Drivers' Work and Life from the 1997 Survey of Truck Drivers". Annual Meeting of the Transportation Research Forum.  Philadelphia; October 29, 1998.
25. Motor Carrier Session:  Annual Meeting of the Transportation Research Forum. Philadelphia; October 29, 1998.
26. "Organizing Initiatives for Industrial and Building Trades Unions."  AFL-CIO/Cornell Union-University Research Conference on Union Organizing.  Washington; March 31 – April 2, 1996.
27. "Symposium on Workplace Redesign in the Service Sector."  The 48th Annual Meeting of the Industrial Relations Research Association.  San Francisco; January 7, 1996.

Conference Sessions Organized

1. Transportation Research Board Session 581: "New Developments in Labor Economics: Safe Rates and Chain of Responsibility". 94th Annual Meeting of the Transportation Research Board.  January 13, 2015, Washington, DC. Presiding Officer.
2. Transportation Research Board Session 418: "Changing Industries and Changing Industrial Relations in the Transport Sector." 84th Annual Meeting of the Transportation Research Board.  January 11, 2005, Washington, DC.
3. Transportation Research Board Session 458: "Health and Safety Effects of Intense Competition on Transport Workers." 84th Annual Meeting of the Transportation Research Board.  January 11, 2005, Washington, DC.
4. "Changing Industries, Industrial Relations, Occupational Safety and Health, and the Role of Work Organization and Economic Competition." 57th Annual Meeting of the Labor and Employment Relations Association.  Collective Bargaining Section Workshop. January 6, 2005, Philadelphia, PA.

39

Exhibit 21
Page 350

5. Transportation Research Board Session 614: "Innovations in Motor Carrier Safety
   Management Part I: Efforts at Self Regulation."  83rd Annual Meeting of the
   Transportation Research Board.  January 14, 2004, Washington, DC.
6. "Innovations in Motor Carrier Safety Management Part II: Perspectives from Industry"
   83rd Annual Meeting of the Transportation Research Board.  January 14, 2004,
   Washington, DC.
7. "Collective Bargaining and Health Care: Conflict in the Retail Food Industry." Speakers:
   UFCW Western Regional Vice President Bill McDonough and UFCW Research Director
   Howie Forman.  56th Annual Meeting of the Industrial Relations Research Association,
   Collective Bargaining Section. San Diego, CA, January 2, 2004.
8. "Workshop on the Health Care Crisis in the United States." 55th Annual Meeting of the
   Industrial Relations Research Association, Collective Bargaining Section. January 2,
   2003. Washington, DC.
9. "Mind Maps as Classroom Exercises." 54th Annual Meeting of the Industrial Relations
   Research Association, Collective Bargaining Section. Atlanta, GA. January 3, 2002.
10. "Full International Truck Operations Across the Mexican Border: Impacts on Drivers and
    Motor Carriers."  81st Annual Meeting of the Transportation Research Board. January 16,
    2002.
11. "Surface Freight Transportation Safety and Productivity: Mutual Coexistence?"  81st
    Annual Meeting of the Transportation Research Board, Washington, DC. January 16,
    2002.
12. "The Trucking Industry: Good Jobs and Bad Jobs, but All Hard Work."  79[th] Annual
    Meeting of the Transportation Research Board, Washington, DC. January 17-19, 2000.

Reports submitted as deliverables for funded research

1. Belzer, Michael H. 2010. "The Economics of Safety: How Compensation Affects
   Commercial Motor Vehicle Driver Safety." Sound Science, Inc., Ann Arbor, MI.
2. Belzer, Michael H. 2010. "The Low Road: Fiat/Chrysler's New Auto Transport Model
   Threatens Highway Safety and Economic Recovery." Sound Science, Inc., Ann Arbor,
   MI.
3. "Crisis in the North American Motorcoach Bus Industry: Threats and Opportunities
   Created by Growth in Intercity Bus Traffic," a report that includes three appendices
   providing detailed comparative analysis of safety across sub-sectors of the interstate
   motorcoach bus industry.
   Role: Principal Investigator and author
   Funded by the Transportation Trades Department of the AFL-CIO to Wayne State
   University
   Final Report submitted August 7, 2009.

40

Exhibit 21
Page 351

4. "Report of Analysis: Truck Crashes and Work-Related Factors Associated with Drivers and Motor Carriers." 270 pages, including main report and two appendices.
   Role: Principal Investigator
   Funded by the Federal Motor Carrier Safety Administration through its Volpe Center in Cambridge, MA, to Sound Science, Inc..
   Final Report submitted April 28, 2009.

5. "Truck Driver Occupational Safety and Health: A Conference Report and Selective Literature Review" (with Gregory M. Saltzman).  893 pages, including 810 pages of presentations on CD.
   Role: Principal Investigator, Project Director, and Co-author
   Final report submitted to the National Institute for Occupational Safety and Health (NIOSH), U.S. Health and Human Services Department, Public Health Service, Centers for Disease Control and Prevention, on December 31, 2003. Published electronically March 2007; printed version published July 2007.
   Report funded by NIOSH ($10,000) as consultation to Sound Science, Inc.
   Conference funded by the Owner Operator Independent Drivers Association ($20,000), NIOSH ($15,000), the International Brotherhood of Teamsters ($10,000), and participant registration fees (approximately $13,000).  Total funding raised to support conference: $68,000.
   The conference program and final report can be viewed via links from this web site: http://www.cdc.gov/niosh/docs/2007-120/

6. "The Jobs Tunnel: The Economic Impact of Adequate Border-Crossing Infrastructure" (with Philip Hopkins, Peter F. Swan, Christina Casgar, and Paul Bingham).
   Role: Principal Investigator, Project Director, and lead author
   Final report submitted to the Detroit River Tunnel Partnership and released on November 19, 2003.
   Available by request.
   Funded as consulting project to Sound Science, Inc.  Funding provided by Canadian Pacific Railroad through Detroit River Tunnel Partnership.

7. "Regional and National Economic Analysis of Delay and Delay-Related Costs and the Detroit – Windsor Crossings: The Economic Effects of Interruption of Capacity on the Ambassador Bridge" (with Philip Hopkins, Peter F. Swan, Christina Casgar, and Paul Bingham).
   Role: Principal Investigator, Project Director, and lead author
   Final report submitted to the Detroit River Tunnel Partnership and released on September 10, 2003.
   Available by request.
   Funded as consulting project to Sound Science, Inc.  Funding provided by Canadian Pacific Railroad through Detroit River Tunnel Partnership.

41

Exhibit 21
Page 352

8. "Paying for Safety: An Economic Analysis of the Effect of Compensation on Truck Driver Safety" (with Daniel Rodriguez and Stanley A. Sedo). 129 pages.
   Role: Principal Investigator, Project Director, and lead author
   Function: Hours of Service Regulatory Evaluation Analytical Support.
   Final report submitted September 10, 2002 to the United States Department of Transportation, Federal Motor Carrier Safety Administration (Prime Sponsor) under Prime Contract Number DTFH 61-98-C-0061.
   Available by request.
   Published on the FMCSA web site in September 2003: http://ai.volpe.dot.gov/CarrierResearchResults/CarrierResearchContent.stm#car2.

9. "Proposed Changes in Motor Carrier Hours of Service Regulations: An Assessment" (with Gregory Saltzman, Stanley Sedo, George Fulton, Donald Grimes, and Lucie Schmidt).
   Role: Principal Investigator, Project Director, and Co-author
   Function: Hours of Service Regulatory Evaluation Analytical Support.
   Report on research performed under Contract No. DTFH61-96-C-00038 to the United States Department of Transportation, Federal Motor Carrier Administration. Final draft submitted March 6, 2002.
   Available by request.

10. "Driver Background Paper: Current and Future Trends." Federal Motor Carrier Safety Administration. November 17, 2000.
    Role: Principal Investigator and Author
    Published on FMCSA intranet.
    Available by request.

11. "Task 1: Baseline Risk Estimates and Carrier Experience", (Ann Arbor, MI: Transportation Research Institute and the Institute of Labor and Industrial Relations of the University of Michigan), 172 pages. With Kenneth L. Campbell (March 2000).
    Function: Hours of Service Regulatory Evaluation Analytical Support.
    Role: Research Investigator and Co-author.

12. "Less-Than-Truckload Trucking Industry Case Study and Benchmarking Report." Presented to participating carriers on January 11, 2000 at the Transportation Research Board, Washington, DC.
    Role: Project Director and Author.

13. "Hours of Service Impact Assessment." With Kenneth Campbell, University of Michigan Transportation Research Institute, along with research and analytic assistance from economists Stephen Burks, Kristen Monaco, George Fulton, Donald Grimes, Daniel Lass, and Dale Ballou. U.S. Department of Transportation, Federal Highway Authority, Office of Motor Carriers and Highway Safety. March 11, 1999.
    Function: Hours of Service Regulatory Evaluation Analytical Support.
    Role: Project Director for Economic and Operational Research and Co-author.

42

Exhibit 21
Page 353

SERVICE

Administrative Appointments at Wayne State

1. 2000 – 2003
   Academic Director, Master of Arts in Industrial Relations Program
2. 2012 – 2014
   Director, Master of Arts in Economics
3. 2014 –
   Co-director, Master of Arts in Economics
   Director of Undergraduate Studies

Administrative Appointments at Other Colleges/Universities

1. Associate Director of the University of Michigan Trucking Industry Program; Ann Arbor, Michigan.  Associate Director from 1995 to 2002. UMTIP was renamed the Trucking Industry Program and its administrative home now is at Georgia Institute of Technology.

University Committee Assignments

1. Graduate Council
2. Graduate Council New Programs Committee
3. 2013-2014 Graduate-Professional Scholarship competition

College/Department Committee Memberships

1. Committee on Status of University Professors
2. Student Services Committee
3. CULMA PULS Merit Review Committee (2004)
4. Chair, CULMA PULS Merit Review Committee (2005)
5. Faculty Council (2013-2014)

Positions Held in Professional Associations

1. Labor and Employment Relations Association (formerly known as the Industrial Relations Research Association; name changed 2004)
   - LERA Nominating Committee (2005)
   - Education Committee (member 2005-2008)
   - LERA Industry Councils Committee (2003)
   - Moderator for Industrial Relations Research Association Internet discussion list (1996 – 2000)
   - List owner and moderator for "Teaching Collective Bargaining" Internet discussion list, a project of the IRRA Collective Bargaining Network (1998-2004)
   - Convener (chair) of IRRA Collective Bargaining Network (1999-2005)
   - Member of IRRA *Perspectives on Work* Editorial Advisory Board (2002-2005)
   - Member of IRRA electronic communications committee (since 1997)
   - Member of IRRA Technology Working Group (since 1998)

43

Exhibit 21
Page 354

> ➢ Creator and Webmaster for IRRA World Wide Web site 1996-1998
2. Labor and Employment Relations Association, Detroit Area Chapter (formerly known as the IRRA – Detroit Area Chapter; name changed 2004); Executive Secretary (2001-present); Executive Board (2001-present); List owner for Detroit LERA (formerly IRRA) members and friends lists

3. Transportation Research Board of the National Academies
   > ➢ Member, Freight Systems Group Executive Board (Technical Committee AT000); August 17, 2004 – April 14, 2005; April 14, 2005 - April 14, 2009; April 15, 2009 – April 14, 2012.
   > ➢ Member and Chairman of the Committee on Trucking Industry Research (Technical Committee AT060); 2006 – 2009; April 15, 2009 – April 14, 2012; April 14, 2012 – April 14, 2015; member April 15/, 2013 – April 14, 2016. Life Member Emeritus January 1, 2015.
   > ➢ Member, Committee on Truck and Bus Safety (Technical Committee ANB70); April 14, 2003 – April 14, 2006; April 15, 2006 – April 14, 2009; April 15, 2009 – April 14, 2012; April 14, 2012 – April 14, 2015.
   > ➢ Member, Committee on Freight Transport Economics and Regulation (Technical Committee AT010); April 15, 2000 – April 14, 2003; April 15, 2003 – April 14, 2006. April 15, 2006 – April 14, 2009; April 15, 2009 – April 14, 2012; April 14, 2012 – April 14, 2015; April 14, 2015 – April 14, 2018.
   > ➢ Member and Chairman of the Task Force on Trucking Industry Research (Technical Committee AT060T); 2001 – 2006.
   > ➢ Member and Chairman, Ad-Hoc Task Force on Trucking Industry Research; 1999 –2001.
   > ➢ Moderator and list owner for Trucking Industry Research Committee listservs; 2001 - 2012.
   > ➢ Member, strategic planning committee chairs' group on transportation homeland security issues; 2004.
   > ➢ Member, Co-convener and Chair, Transportation Research Board/UMTIP Task Force on Trucking Industry Security; November 2001 – January 2002.
   > ➢ Member, Truck and Bus Safety Research Subcommittee of the Committee on Transportation Safety Management (Technical Committee A3B01[2]); 1999 – 2002.

4. Transportation Research Forum
   > ➢ National Council, 1996-2000
   > ➢ Moderator for TRF Internet discussion list and web site, 1997 – 2000.
   > ➢ Strategic Planning Committee, 1996

Government Advisory Bodies

1. National Institute for Occupational Safety and Health / National Occupational Research Agenda Transportation, Warehouse, and Utilities Sector Council.  Since 2006.

44

Exhibit 21
Page 355

2. National Research Council (National Academy of Sciences)
3. Member, Committee for Review of the Federal Motor Carrier Safety Administration's Large Truck Crash Causation Study.  Convened by the Transportation Research Board of the National Research Council, National Academy of Sciences, in response to Congressional mandate to advise the Federal Motor Carrier Safety Administration; term July 1, 2000 through June 30, 2003.

Other Organizations and Public Service

1. Since early 2011, President of Great Lakes Gateway, a Michigan Not-for-Profit Corporation [IRS 501(c)(3)]. This corporation has created the Great Lakes Global Freight Gateway, presented an Action Plan to Michigan Economic Development Corporation, and organized a business and government meeting on October 11, 2011 composed of all the appropriate Michigan government officials as well as more than two dozen beneficial cargo owners interested in this economic redevelopment activity.  We raised the funds for this meeting from our two service provider partners, the CN Railway and Halifax Port Authority.  The plan is to transform southeast Michigan into an inland port based on an intermodal freight hub and gateway to the Midwest.
2. Consultation with Detroit, Wayne County, and Michigan economic development officials to help them develop an economic development plan.  This has included presentations to Detroit Charter Revision Commission, Wayne County Economic Development and Growth Engine (EDGE), Detroit Economic Growth Corporation, Detroit Works, and many others.
3. Member, Advisory Board of TranslinkeD, Detroit Regional Chamber, 2009-2010.
4. Member, Steering Committee for the National Safety Council 2005 International Truck and Bus Safety Symposium.  2004-2005.
5. Member, Advisory Board of the Owner Operator Independent Drivers Association Foundation.  1999 – 2006.
6. Member, Research Advisory Committee of the American Transportation Research Institute (American Trucking Associations); 2001 – 2004.
7. Member, Board of Directors of the North American Transportation Employee Relations Association; 2001 – 2012.
8. Member, founding committee for Voice@Work, a project bringing together academic researchers and the AFL-CIO; 2001.

Professional Consultation

1. Testimony before Public Bodies
2. Testimony to U.S. Congress, House of Representatives, Committee on Small Business. "Possible Flaws in the Federal Trucking Safety Program" or "Is FMCSA's CSA Program Driving Small Businesses Off the Road?"  July 11, 2012. http://smallbusiness.house.gov/calendar/eventsingle.aspx?EventID=302777 or http://clasweb.clas.wayne.edu/1126/12/20/Professor-testifies-before-US-House-of-Representatives-Committee-on-Small-Business/News/2025

45

Exhibit 21
Page 356

3. Road Safety Remuneration Tribunal (Rt02013/1). In the Matter of Transport Workers' Union of Australia, Applicant. Statement of Dr. Michael H. Belzer. http://www.rsrt.gov.au/default/assets/File/Subs_on_draft_RSRO_TWU/statements/16_Statement_Michael_Belzer.pdf. August 1, 2013.

4. *Report of Analysis: Truck Crashes and Work- Related Factors Associated with Drivers and Motor Carriers*', Large Truck Crash Causation Study Analysis. http://www.rsrt.gov.au/default/assets/File/Subs_on_draft_RSRO_TWU/exhibits/MB%201.2009.Belzer.pdf. August 1, 2013.

5. Submission of evidence and expert opinion to the Standing Committee on Infrastructure and Communications with Regard to the Inquiry Into the Road Safety Remuneration Bill 2011 and the Road Safety (Consequential Amendments and Related Provisions) Bill 2011. 29 January 2012. Submitted to Dr Kilian Perrem, House Standing Committee on Infrastructure and Communications, House Standing Committee on Climate Change, Environment and the Arts, Suite R1.121, Parliament House Canberra ACT 2600. ic.reps@aph.gov.au.

6. "The Economics of Safety: How Compensation Affects Commercial Motor Vehicle Driver Safety." Presented to Safe Rates Summit, Parliament House, Canberra, Australia. November 21, 2011.

7. "An Economist's Perspective on Sustainability and Community Benefits." Michigan Senate Economic Development Committee.  Lansing, MI, September 28, 2011.

8. Provide evidence in support of Application by the Transport Workers' Union of New South Wales for a new *Transport Industry – Mutual Responsibility for Road Safety (State) Award and Contract Determination.*  Report entitled "Compensation and Safety: Economic Support for Truck Driver Safety" submitted October 20, 2005 and admitted into evidence April 7, 2006, before the full bench of the Industrial Relations Commission of New South Wales, in Sydney, New South Wales, Australia, on March 7, 2006.

9. Testimony presented to Michigan House Commerce Committee regarding the "Jobs Tunnel" of the Detroit River Tunnel Partnership. Lansing, MI/ March 30, 2004.

10. Testimony to Michigan Senate Commerce and Labor Committee regarding "Jobs Tunnel" Detroit River Tunnel Partnership.  Lansing, MI. January 20, 2004.

11. Testimony to Detroit City Council regarding Detroit Intermodal Freight Terminal. November 1, 2001.

12. "Sweatshops on Wheels: Winners and Losers in Trucking Deregulation." Evidence provide to Inquiry into Causes of Truck Accidents, Motor Accident Authority of New South Wales.  Sydney, Australia, July 27, 2000.

Consulting to Public Agencies, Foundations, Professional Associations

1. Statement in support of Safe Rates legislation. http://www.rsrt.gov.au/default/assets/File/Subs_on_draft_RSRO_TWU/statements/16_Statement_Michael_Belzer.pdf

2. National Institute of Occupational Safety and Health truck driver survey (2009-2010) to Sound Science, Inc.

46

Exhibit 21
Page 357

3. "The Low Road: Fiat/Chrysler's New Auto Transport Model Threatens Highway Safety and Economic Recovery". January 16, 2010. Consulting contract of Sound Science, Inc. with International Brotherhood of Teamsters.

4. "Industrial Relations Effects on Large Truck Crash Causation." Consulting contract of Sound Science, Inc. with Chenega Advanced Solutions and Engineering, LLC (CASE), under contract to the U.S. Department of Transportation Volpe National Transportation Systems Center for the Federal Motor Carrier Safety Administration. November 2007 through April 2009.

5. "Port Driver Employment: The Weak Link in the Freight Security Chain." A report submitted to the International Brotherhood of Teamsters. August 16, 2006. Consulting contract of Sound Science, Inc. with International Brotherhood of Teamsters.

6. Research design concept for possible truck driver survey, for the U.S. Department of Transportation Federal Motor Carrier Safety Administration. Consulting contract of Sound Science, Inc. with ICF Consulting.  Submitted February 7, 2006. Consultation funded through Sound Science, Inc. as principle investigator.

7. Research analysis on truck driver hours-of-service. Consulting contract of Sound Science, Inc. with ICF Consulting in support of Federal Motor Carrier Safety Administration's 2005 regulatory evaluation. With subcontractors Stephen V. Burks and Stanley A. Sedo.

8. Research on Occupations, Labor Supply and Demand, and Human Resource Challenges the Transportation and Logistics Industry Cluster in Pennsylvania. Consulting contract of Sound Science, Inc. with Keystone Research Center. October 2004 through April 2005.  With subcontractors Stanley A. Sedo and Peter F. Swan.  Work performed for the Pennsylvania Department of Labor to assist their Local Workforce Investment Boards.

9. "Work Organization Influence on Fatigue in Truck Drivers." Consulting contract of Sound Science, Inc. with National Institute for Occupational Safety and Health.  September 1, 2004 through September 1, 2009.

10. Briefing to staff of the U.S. Senate Committee on Commerce, Science, and Transportation, Subcommittee on Surface Transportation & Merchant Marine.  Senate Dirksen Building. June 15, 2004.

11. Presentations on trucking industry benchmarking to North American Transportation Employee Relations Association (2001, 2002; trucking general best practices), National Association of Motor Carrier Auditors (2003; trucking general best practices), California Trucking Association (2003; trucking safety best practices), Moving and Storage Association of North America (2003; trucking general best practices), Las Vegas International Truck Show (2003; trucking safety best practices), Owner Operator Independent Drivers Association (1997-2003; trucking general best practices, safety best practices, and cost-of-operations).

12. Irregular *pro bono* consultation to U.S. Department of Transportation, Federal Motor Carrier Safety Administration, 1998 - 2002.  Regular consultation to consulting firm preparing reports to FMCSA, 2004 - 2012.

47

Exhibit 21
Page 358

13. Irregular *pro bono* consultation to National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention, Department of Health and Human Services. 2003-present.

14. *Pro bono* consultation to Southwest Detroit Business Association and Communities for a Better Rail Alternative from 2001 – 2003 on issues involving the Detroit Intermodal Freight Terminal and the impact on the community.

15. *Pro bono* consultation to Secretariat, Commission for Labor Cooperation, on issues involving workers' compensation systems across NAFTA borders.  March 21-22, 2003.

16. Presentations on Southwest Detroit transportation infrastructure issues to the Detroit Orientation Institute, April 2002 and April 2003.

17. Consulting to Private Enterprises

18. International Brotherhood of Teamsters. Analysis of the Federal Motor Carrier Safety Administration's Regulatory Impact Analysis for the Interim Final Rule on Truck Driver Hours of Service. Report. February - March 2008.

19. Detroit River Tunnel Partnership.  Preparation of analysis and reports on border-crossing infrastructure capacity issues; Report published 2003.

20. Science Applications International Corporation (SAIC).  Consultant on "Driver Violation Notification Service Feasibility Study," a study conducted by SAIC for the U.S. Department of Transportation Federal Motor Carrier Safety Administration, May 2003 –May 2004.

21. Consultant and expert witness in truck crash, industrial relations, compensation, discrimination, subcontracting (including "truth-in-leasing"), bankruptcy, commercial arbitration, and other industry-related legal cases.  Clients have included National Labor Relations Board, American Civil Liberties Union, unions and union federations nationally and internationally, transportation companies and transportation industry associations, and attorneys representing clients in various disputes.

Journal/Editorial Activity

Reviewer for:

- ➢ Cambridge Journal of Regions, Economy and Society
- ➢ Oxford Economic Papers
- ➢ Urban, Planning and Transport Research
- ➢ International Journal of Workplace Health Management
- ➢ Journal of Public Health Policy
- ➢ Industrial and Labor Relations Review
- ➢ Industrial Relations
- ➢ Journal of Industrial Relations
- ➢ Transportation Journal
- ➢ Economic and Labour Relations Review
- ➢ New Solutions
- ➢ Journal of Applied Economics
- ➢ Review of Industrial Organization

48

Exhibit 21
Page 359

- Transportation Research: Part E, Logistics and Transportation Review
- Labor Studies Journal
- Journal of Workplace Rights
- Journal of the Transportation Research Forum
- Journal of Facilities Management
- Business & Society
- Industrial Relations Research Association Annual Meeting competitive papers
- Southern Economic Journal
- European Journal of Transport and Infrastructure Research
- Research in Transportation Business & Management (Elsevier)
- Accident Analysis and Prevention (Elsevier)
- Travel Behaviour and Society (Elsevier)
- Safety and Health at Work (Elsevier)
- Transport Policy (Elsevier)
- Transportation Research Board Committees AT060 (editor), AT010, ANB70, and other committees for presentation at Annual Meetings of the Transportation Research Board, publications in the *Proceedings of Annual Meetings of the Transportation Research Board*, and publication in the *Transportation Research Record*.
- ILR Press/Cornell University Press
- University of Pittsburgh Press
- National Science Foundation
- National Institute for Occupational Safety and Health
- Economic and Social Research Council (UK)

49

Exhibit 21
Page 360

# EXHIBIT 22

Declaration of Peter Rukin in Support of Plaintiffs' Motion for Class Certification and
Appointment as Class Counsel
*Alfred et al. v. Pepperidge Farm, Inc*.; Case No.: 2:14-cv-7086-JAK-RZx

Exhibit 22
Page 361

1    PETER RUKIN (SBN 178336)
     *prukin@rhdtlaw.com*
2    VALERIE BRENDER (SBN 298224)
     *vbrender@rhdtlaw.com*
3    RUKIN HYLAND DORIA & TINDALL LLP
     100 Pine Street, Suite 2150
4    San Francisco, CA 94111
     Telephone:  (415) 421-1800
5    Facsimile:    (415) 421-1700

6    WILMER J. HARRIS (SBN: 150407)
     *wharris@sdshhlaw.com*
7    SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP
8    715 Fremont Avenue, Suite A
     S. Pasadena, CA 91030
9    Telephone: (626) 441-4129
     Facsimile: (626) 283-5770

10

11    (Additional counsel listed on the next page)

12

13           UNITED STATES DISTRICT COURT

14          CENTRAL DISTRICT OF CALIFORNIA

15

16    RAYMOND ALFRED and MARVIN BARRISH, individually and on behalf of all others similarly situated,

CASE NO.: 2:14-cv-7086-JAK-RZx

Honorable John A. Kronstadt

**PLAINTIFFS' TRIAL PLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

17

18          Plaintiffs,

19         vs.

20

21    PEPPERIDGE FARM, INC., a Connecticut Corporation, and DOES 1-100, inclusive,

22

23         Defendants.

24

25

26

27

28

---

1   THOMAS V. URMY, JR.
    *turmy@shulaw.com*
2   IAN J. MCLOUGHLIN
    *imcloughlin@shulaw.com*
3   SHAPIRO HABER & URMY LLP
    Seaport East
4   Two Seaport Lane
    Boston, MA 02210
5   Telephone: (617) 439-3939
    Facsimile: (617) 439-0134
6
    ADAM SHAFRAN
7   *ashafran@rflawyers.com*
    RUDOLPH FRIEDMANN LLP
8   92 State Street
    Boston, MA 02109
9   Telephone: (617) 723-7700
    Facsimile: (617) 227-0313
10

11  Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- ii -

1   Plaintiffs hereby submit their proposed plan for the trial in this matter.

2   Plaintiffs propose bifurcating the trial, with separate liability and damages

3   stages.  *See* 3 Conte & Newberg on Class Actions (4th ed. 2002) § 9:53, pp. 429-30

4   ("a bifurcated procedure allows the class representatives to try common issues to

5   final judgment . . . .  If the class representative prevails on the common issues,

6   individual issues may be resolved in a second trial.").  Plaintiffs' PAGA and UCL

7   claims—which are non-jury claims—would be tried to the Court during the first

8   phase.  *See Yocupicio v. PAE Group, LLC*, 795 F.3d 1057, 1060 (9th Cir. 2015)

9   (PAGA claim may be brought as non-class representative claim); *Sakkab v.*

10  *Luxottica Retail N. Am.* 2015 WL 5667912, at *9 (9th Cir. Sept. 28, 2015) (PAGA

11  action is a statutory action for penalties brought as a proxy for the state, rather than a

12  procedure for resolving the claims of other employees).

### A. Liability.

At the liability phase (Stage 1), the trier of fact will hear evidence on the following liability issues.

1. **Whether Defendant misclassified class members as independent contractors during the liability period**. The evidence with respect to the central and threshold liability question will consist of the testimony of select Pepperidge Farm's managers, company documents, and class member representative testimony illustrating the control that Defendant retained over class members' work and the other relevant *Borello* factors.

2. **PAGA Penalties.** Plaintiffs' Private Attorney General Act claims on behalf of the State of California will be tried to the Court at this stage.  Liability for certain PAGA penalties will flow directly from the misclassification of Plaintiffs and similarly aggrieved individuals. *See, e.g.,* Labor Code Section 226.8 (setting forth penalties for an employer's knowing and voluntary misclassification of employees as independent contractors).

-1-

3. **Whether Defendant failed to Provide Class Members Accurate Itemized Wage Statements.**  Because class members were classified as independent contractors, Defendant admittedly did not provide them with itemized wage statements as required by Labor Code Section 226(a).  The misclassification determination coupled with the absence of wage statements will establish the claim (*See* Labor Code Section 226(e)(2)(A)).

4. **Whether Defendant Failed to Reimburse Class Members for Necessary Business Expenses**.  The evidence at the liability stage will consist of Defendant's express common policies regarding reimbursement of business expenses—including SDA vehicle purchase/leasing, maintenance and depreciation, insurance, fuel, the company-required handheld computer, pallet fees, stale chargebacks, handheld maintenance fees, and warehouse expenses.  Defendant's common, formal policies set forth which expenses are reimbursable and which are not.  Questions related to the necessity of categories of expenses and the lawfulness of Defendant's non-reimbursement policies can be determined on a class-wide basis.

5. **Whether Defendant Failed to Provide Class Members with Meal and Rest Periods**. Plaintiffs' theory of recovery is based on Defendant's lack of meal and rest break policies and its failure to authorize class members to take lawful breaks.  The common evidence with respect to this question will consist of Defendant's corporate testimony evidencing the lack of any meal and rest break policies, Defendant's failure to maintain any meal period records, Defendant's failure to track missed meal and rest breaks for premium payment purposes, and common evidence (corporate testimony, company documents, and representative testimony) regarding time pressures created by narrow delivery windows/receiving hours at retail stores. From this evidence, the trier of fact will be able to determine

- 2 -

whether, on a classwide basis, Defendant had a policy or practice of not providing meal and rest breaks to class members.

6. **Whether Defendant Is Liable for Unpaid Overtime and Waiting Time Penalties.** The evidence at the liability stage will consist of evidence of independent contractor misclassification coupled with corporate testimony that all class members are considered ineligible for overtime, and that Defendant made no overtime payments to class members.  Defendant is free to assert affirmative defenses related to its uniform classification of class members as independent contractors.  Any affirmative defenses relating to the particular circumstances of individual class members can be addressed in individual hearings or prove-ups during the damages phase.

7. **Whether Defendant's Conduct Violated the California Unfair Competition Law.**  Evidence will include the same manager testimony, company documents, and representative testimony relevant to the misclassification decision.

**B. Damages.**

At Stage 2, damages can be determined efficiently using methodologies that fit the particular claims:

1. PAGA penalties can be determined using the straitghtforward mathematical calculations set forth in Labor Code Sections 226.8, 2699, and the other civil penalty provisions pled by Plaintiffs.

2. Statutory penalties can be determined using the straightforward mathematical calculations set forth in Labor Code Section 226.

3.  The amount of unreimbursed business expenses owed to Plaintiffs and class members can be determined through various methodologies, as agreed by the parties or set by the Court, including the following:

- 3 -

a. **Formula Method**.

    i.  Pallet fees, handheld maintenance fees, and stale chargebacks may be determined from Defendant's records.

    ii.  Vehicle purchase/leasing, HHC/printer, and warehouse expenses: Class Members may submit claim forms to recover actual expenses.  A special master will consider the claim forms and any documentation submitted to make reimbursement determinations, subject to challenge or rebuttal by Defendant. Any claim by Defendant for a credit based on depot allowance payments made to the Class Member can be determined at this stage.[1]

    iii.  Vehicle operation expenses (including standard maintenance, repairs, taxes, gas and oil, insurance, registration fees, and depreciation) may be calculated using the IRS mileage rate as appropriately adjusted to account for the size of vehicles being driven. A statistically significant survey of class members may be conducted to determine appropriate reimbursement rates for different categories of vehicles. *See* Exhibit 21 to Rukin Declaration in Support of Motion for Class Certification (Expert Report by Michael Belzer) ("Belzer Report").  Such reimbursement rates can then be applied to mileage incurred by class members as determined through various sources and methodologies as approved by the Court, including:

        a.  Mileage claims/attestations submitted by class members;

---

[1] Alternatively, these expenses can be determined on a formula basis by including them in the IRS multiplier calculation (Belzer Report).

- 4 -

b. A survey of class members regarding the mileage they incur in servicing their routes (Belzer Report);

c. Sampling of mileage data (including store ticket and GPS tracking data) in the possession of Defendant, from which mileage estimates can be determined (Belzer Report); or

d. A study of route mileage.(Belzer Report).

b. **Actual Expense Method**.

   i. Pallet fees, handheld maintenance fees, and stale chargebacks may be determined from Defendant's records.

   ii. Vehicle purchase/leasing, HHC/Printer, and warehouse expenses: Class Members may submit claim forms to recover actual expenses. A special master will consider the claim forms and any documentation submitted to make reimbursement. Any claim by Defendant for a credit based on depot allowance payments made to a Class Member can be determined at this stage determinations, subject to challenge or rebuttal by Defendant.

   iii. Vehicle operation expenses: Class Members may submit claim forms to recover actual expenses. A special master will consider the claim forms and any documentation submitted to make reimbursement determinations, subject to challenge or rebuttal by Defendant.

4. Meal and rest period premium wages and overtime wages can be determined using expert or representative testimony. *Anderson v. Mt. Clemens Pottery Co*., 328 U.S. 680, 687–88 (1946) (where employer has obligation but fails to maintain accurate time records, representative

- 5 -

testimony is appropriate to prove up damages).  The Court or special master can address any affirmative defenses and distribute the damages pro rata or establish a claims process for class members.

5.  UCL restitutionary relief to be awarded based on liability determination, and may include reimbursement of business expenses and unpaid premium and overtime wages covering a four year period preceding the filing of the Complaint.

- 6 -

# EXHIBIT 23

Declaration of Peter Rukin in Support of Plaintiffs' Motion for Class Certification and Appointment as Class Counsel
*Alfred et al. v. Pepperidge Farm, Inc.*; Case No.: 2:14-cv-7086-JAK-RZx

Exhibit 23
Page 370



# The History of Pepperidge Farm

The history of Pepperidge Farm is unique in American business. It was started in answer to a child's health problem by an extraordinary woman, Margaret Rudkin. She had no manufacturing or marketing experience and very little available capital. What she did have was:

*• Dedication*
*• Imagination and*
*• A desire to produce a premium quality loaf of bread*

The Pepperidge Farm brand was launched from a Fairfield, CT. farmhouse kitchen in 1937 with Mrs. Rudkin baking all-natural bread as a mail order business. Word quickly spread and she was soon selling to local stores. Within 2 months due to the growth of sales, her operation moved from her kitchen to a garage and then to an abandoned stable on the property of Pepperidge Farm (named after a large Pepperidge tree on the grounds). In 1940, Pepperidge Farm moved to new facilities in Norwalk, CT and then in 1947 moved to its first modern plant designed by Mrs. Rudkin opened on Westport Avenue in Norwalk. As the business grew and more markets were opening up in the Mid Atlantic States, another plant was built and opened in 1949 in Downingtown, PA, followed in 1953 by a Bread, Roll, and Stuffing Plant in Downers Grove, IL. Mrs. Rudkin was always looking to "What's Next". On a trip to Belgium in 1950 she discovered delicate out-of-the ordinary cookies at Delacre Co. in Brussels. An agreement was reached between the 2 companies and in 1955 Pepperidge Farm produced and introduced these elegant distinctive cookies in the New England area. She then saw an opportunity in prepared frozen foods such as turnovers and opened a frozen production line in 1958 in the Downingtown, PA facility. In 1962 after a trip to Switzerland the recipe was secured for the birth of the Pepperidge Farm "Goldfish" in America. Today, Goldfish® crackers continue to be a recognizable icon of the Pepperidge Farm brand. Acquired by Campbell Soup Company in 1961, Pepperidge Farm is still headquartered in Norwalk, CT. Today, the company worldwide has more than 5,000 employees, 3,000 independent distributors, and its products are sold in all 50 states and in 40 countries. It is more than $1 billion business that produces over 200 products including Bread, Rolls, Cookies, Crackers, Pastries, Cakes, Pot Pies, Texas Toast, and Croutons. The company has production sites throughout the United States in Bloomfield, CT; Downers Grove, IL; Downingtown and Denver, PA; Richmond, UT; Aiken, SC; Willard, OH; and Lakeland, FL. The original Norwalk Plant was closed in 2003 replaced by a new state of the art plant that opened in Bloomfield, CT. In recognition of its" innovation, momentum, and leadership in the baking industry," Pepperidge Farm was named "2002 Wholesale Baker of the Year" by the leading bakery publisher, Sosland Publishing.

# What Makes Pepperidge Farm So Successful?

Pepperidge Farm continues to be successful by staying close to the values with which Mrs. Rudkin began:

*• Quality*
*• Innovation*
*• People*

The company's goal is to continue to be the leading provider of premium baked goods for changing lifestyles and its continued commitment, started by its founder Margaret Rudkin, to deliver quality and excellence across all of its product lines. Our strength is innovation. Building on its rich brand heritage and icon product platforms like Swirl Breads, Goldfish® Crackers and Milano® Cookies, Pepperidge Farm continues to develop and introduce new and exciting offerings in every product category. The final secret of Pepperidge Farm's success is great people, whether they are employees or independent distributors. They all share in their individual roles a shared sense of commitment and pride in Pepperidge Farm products and brand. This is a company that Margaret Rudkin would be proud of today.

# Owning a Pepperidge Farm Distributorship
### In business for yourself.....not by yourself

Owning a Pepperidge Farm Distributorship can be both a personal and financially rewarding experience. Like Pepperidge Farm's founder, Margaret Rudkin, who captured and thrived on an entrepreneurial spirit, we invite you to explore the avenues for success that Pepperidge Farm has to offer each independent distributor and one that you can be proud of.

1

CONFIDENTIAL

Exhibit 23
Page 371

PF-GA-ESI-012594

Pepperidge Farm is one of the most respected names in the food industry. As an independent distributor, you benefit from the backing and outstanding reputation of the entire organization. You also enjoy the independence and satisfaction that only comes from being self employed. You have an exclusive territory in which you sell and deliver either Pepperidge Farm Bakery or Biscuit products to retail stores.

This territory is yours to develop as an independent business. Every independent distributor (known as Sales Development Associates or SDA's) brings to their business their own experiences, talents, creativity and drive. That's what makes owning your own Pepperidge Farm distributorship a most dynamic and rewarding business experience.

*Here is what a few of the SDA's said;*

SDA Karl Schellhardt
*Bakery SDA since 1989*
*"The thing I like most about Pepperidge Farm is that they make sound, calculated, and timely introductions on our new items. They are always ahead of the current trends, and these new items continue to create increased volume for me on my route. That has enabled me to sell portions of my route 4 times since I bought it back in 1989, and I still have more sales than I purchased."*

Steve Paeglow
*Biscuit SDA since 2000*
*"The best thing about Pepperidge Farm is that you get a recognized brand that almost sells itself. With the marketing support, and the account representation that Pepperidge provides, makes it exciting to go out into the market everyday."*

SDA Joseph Durbin
*Combo SDA since 2002*
*"I have been in the DSD business for over 30 years and been with Pepperidge Farm for just over 3. This is by far the best company I have ever been a part of. Owning a combo route enables me to own the store and sell our company as a whole (snacks and bread at the same time). Every key member in the store knows me, and it enables me to get multiple displays daily."*

Janet Scarantino
*Biscuit SDA since 1986*
*"Owning my own route has given me the opportunity to become a salesperson, and not just a delivery person. I get to build relationships by selling a great brand everyday. With the support from Pepperidge Farm, and with my own desire to build for my future, I have been able to become extremely successful."*

Jeff Friedman
*Biscuit SDA since 2005*
*"My experience so far is excellent. My DSM gave me all of his experience to draw on. I wish I would have done this years ago."*

# How Pepperidge Farm Supports the Independent Distributor
In business for yourself…..not by yourself

Pepperidge Farm Offers:
**Pepperidge Farm SDA Website**
**Pepperidge Farm Connections**
• An outside company "Power Purchasing" offers related services to the independent distributor such as: Tire Purchasing Services, Personal and Business Insurance, Financial Services and Equipment (i.e., new & pre-owned trucks, & truck rental program)
**Truck Decal Program**
• Pepperidge Farm provides truck decals that are individually designed for either a biscuit or bakery distributorship.
**Uniform Program**
• Offers a catalog each year in which the distributor can purchase shirts (with PF Logo); pants, hats and other miscellaneous items.
**National SDA of the Year**
• Each year the 5 Sales Regions (West, Southern, Great Lakes & Northeast) submit their recommendations for a candidate to be National SDA of the Year and National New SDA of the year for both bakery and biscuit distributors.
• Each National Winner receives a savings bond in the amount of $5,000. The remaining regional winners receive a bond in the amount of $1,000, based on performance and other criteria.

2

CONFIDENTIAL

Exhibit 23
Page 372
PF-CA-ESI-012595

**SDA Referral Program**
• An existing SDA can receive $300 gross payout for each candidate referred by them who is approved and becomes an active SDA. Further criteria available through the Regional Business Development Manager

Pepperidge Farm Products are backed by:
**Advertising**
• A major advertising agency works closely with Pepperidge Farm's Marketing Department to develop effective advertising campaigns.
**Sales Promotion Activities**
• During the course of the Fiscal Year, Pepperidge Farm runs a number of special promotions to further increase sales volume. These promotions consist of: store displays, consumer coupon offers, distributor contests and local/regional trade promotions
**Field Sales Force**
• Employees of Pepperidge Farm assigned to a respective district territory with multiple distributors.
• Provide 2 weeks of informal indoctrination to you as a new independent distributor.
• Assist in helping you grow your business through additional product authorizations, in-store displays and increased space.

# How to Purchase a Pepperidge Farm Distributorship
In business for yourself.....not by yourself

Applicants to purchase a Pepperidge Farm distributorship must undergo a careful screening process. If you are interested in owning your own Pepperidge Farm Distributorship please call the 800 number below and provide the following information. The Distributor Development Department will forward your request for further information to the respective regional office where you are interested in purchasing a route.

# Call: 1-888-PEP-FARM

Provide clearly provide the following information:

1. Name:

2. Area interested in purchasing a route:

3. Type of Route: (Bakery = Fresh Bread **OR** Snacks = Cookies / Crackers)

4. Phone # including your area code where our Pepperidge Farm Representative may contact you for further discussion on route availability

**You can also view routes for sale within the United States on <u>www.PepperidgeFarm.com</u> under About Us**



Exhibit 23
Page 373

PF-CA-ESI-012596

# EXHIBIT 24

Declaration of Peter Rukin in Support of Plaintiffs' Motion for Class Certification and
Appointment as Class Counsel
*Alfred et al. v. Pepperidge Farm, Inc.*; Case No.: 2:14-cv-7086-JAK-RZx

Exhibit 24
Page 374



| QUESTIONS AND ANSWERS |
| ABOUT OWNING A PEPPERIDGE FARM DISTRIBUTORSHIP |

### 1. What are the basics of a Pepperidge Farm Distributorship?

Since it was founded almost 75 years ago, Pepperidge Farm, Incorporated has used a Direct-Store-Delivery (DSD) system to get its products to market.  Pepperidge Farm, Incorporated currently has a network of over 3,500 independent distributors operating over 4,000 distribution routes for the distribution of snacks products (cookies and crackers) throughout the United States, and bakery products (fresh bread, stuffing and croutons) east of the Rocky Mountains. The distributor delivers, merchandises, and promotes *Pepperidge Farm*® products at store level, within defined territory boundaries. All distributors operate under the terms of a Consignment Agreement, under which distributors earn commissions upon the completion of deliveries of *Pepperidge Farm*® branded products to retail customers.

### 2. Are there different types of Pepperidge Farm distributorships?

There are two types of Pepperidge Farm distributorships - Snacks or Bakery.  You would have the right to distribute either certain specified *Pepperidge Farm*® bakery products, such as bread, rolls, croutons and stuffing, or certain specified *Pepperidge Farm*® biscuit products, such as cookies and crackers. Such products are generally distributed to traditional grocery stores, mass merchandisers, military commissaries and other retail stores. We also have combination distributorships. You would distribute the products you are authorized to distribute to retail stores on a direct-to-store door delivery basis, in a specified territory. You would not have the right to deliver to warehouse locations, in-store bakeries, food-service accounts or to Pepperidge Farm thrift stores.

### 3. What is my responsibility as a Pepperidge Farm route owner?

As a Pepperidge Farm Sales Development Associate (SDA), you would be distributing, merchandizing and providing service to retail customers in a defined territory. You would be contractually responsible to use your best efforts to realize the full sales potential of *Pepperidge Farm*® products by fully servicing the needs of retail customers.  Generally, this can be accomplished by executing against five sales building blocks – service, distribution, space management, merchandising and promotion. You would also be required to provide adequate equipment and facilities for the receipt, handling, storage and delivery of *Pepperidge Farm*® products, including a handheld computer and any other systems as may be necessary.

### 4. What hours and days of the week do I work?

As the owner of your own business, you determine your own hours.  However, a Pepperidge Farm distributor has certain contractual obligations and must actively solicit all retail stores whose accounts can be profitably handled.  In order to grow his/her own business, a distributor should provide service and distribution to all retail outlets in the territory on the days of the week (including weekends) and at such service frequency as are necessary to realize full sales potential and to maintain an adequate and fresh supply of consigned products. Typical retail store receiving days are Monday, Tuesday, Thursday, Friday, and Saturday.

CONFIDENTIAL

Exhibit 24
Page 375

PF-CSA-ESI-052898

**5.  *What kind of support is given by Pepperidge Farm to help me grow my business?***

Although you will be operating your own business, you will not be by yourself in terms of support and services.  We have an informal "on-boarding" program where the new distributor may ride on-board the delivery vehicle and travel the delivery route, which is provided on an individual basis for new distributors to outline their responsibilities as distributors of *Pepperidge Farm*® products. The programs are provided as needed for each new distributor. The on-boarding program for a new distributor is usually completed shortly following the purchase of the distributorship. When it is appropriate and reasonably feasible, our representative will help to acquaint you with your territory and existing customers of the distributorship by accompanying you during the sale and delivery of the Consigned Products during the first several days you are operating the distributorship. The program does not cover driving skills and related matters.  We also provide for advertising on either a national or a local level, at our own expense and through our advertising agencies or marketing personnel, for the benefit of our entire distribution system, including our distributors. We may use any media, including print, television, radio and Internet advertising. You will not participate financially or otherwise in any advertising we provide. You do not have to contribute to any advertising fund. Pepperidge Farm will supply you with product display and sales materials.

**6.  *How much do I make when I own a Pepperidge Farm route?***

It depends on the weekly sale volume.  Pepperidge Farm pays 20% commissions on all chain billed customers.  Conversely, the distributor is charged 80% of the wholesale value of inventory sold to cash customers and is responsible for collecting payment from cash customers. The commission percentage is paid off wholesale sales.  You receive commission weekly based on the amount of sales volume for a given week, thus the exact commission you receive will vary.  The market for bread products and biscuit products is generally well developed and very competitive.  You will have to compete in making deliveries to retail store accounts with other national and regional bakeries which distribute their products directly to retail stores. In addition, many retail stores maintain "in-store bakeries" which produce products which are competitive with the products you will deliver to them.  Sales of our products are not seasonal and are generally spread throughout the whole year. **We do not make any representations about a distributorship's past or future financial performance. You must exercise appropriate due diligence in obtaining verification of these figures from the prior owner(s).  Past performance cannot guarantee future results and we make no representation that you will be able to equal or improve upon the sales history. Your actual results are likely to differ and we cannot estimate the results of any particular distributorship.**

**7.  *How much does a Pepperidge Farm distributorship cost and is there anything else that needs to be purchased to own and run the route?***

The price of a distributorship can vary significantly, depending on location, sales volume, etc. Pepperidge Farm does not set the sale price of the distributorship.  The cost of a distributorship is negotiated between the buyer and the seller.  The price is established by the selling SDA and is typically set based on their average sales volume.  There is no standard purchase price for a distributorship.  The purchase price is often established by multiplying the net wholesale dollar value of the average weekly sales of consigned products to accounts in the territory for the preceding 52-week period by a sales multiple negotiated by the seller and buyer. This sales multiple is not the same for all distributorships and varies over time and from place to place. Some of the factors which may affect the sales multiple,

(Q&A on Common Questions.doc)                                   Page [Page]  of  4

CONFIDENTIAL

Exhibit 24
Page 376

PF-CA-ESI-052899

and hence the purchase price, include recent route sales in the relevant geography, interest rates, the state of the economy, the size and population density of the territory, the strength of our trademarks within the territory, the demographics of population and the number of existing or prospective customers within the territory. In addition to purchasing the route, some of the other initial costs that are associated with operating your own business include:

-A special handheld computer and printer costing up to approximately $3,500.00 (there is financing available for those who qualify). The cost of the computer equipment required to operate your distributorship (a hand-held computer, mobile printer, modem, power cables, and computer installation kit) depends on the source from which you buy the computer equipment.

-A route delivery truck. This can be a used vehicle, but must be in good condition keeping with the standards of Pepperidge Farm and our quality image. The cost of the truck depends on the source from which you purchase the truck. Pepperidge Farm does not offer or otherwise become involved in the purchase, sale or financing of the truck which is required for the distribution of consigned products. We recommend the purchase of an aluminum step truck which costs approximately $30,000 when new, depending on the size, manufacturer and seller of the truck. Different types of delivery trucks cost differing amounts, and used vehicles cost less than new ones. Your initial payment will be less if you finance or lease the truck. Depending on the size of your distributorship, you may need more than one truck.

-Every distributor must maintain adequate public liability, property damage and, where appropriate, worker's compensation insurance, to protect yourself and Pepperidge Farm against any and all claims of personal injury, death or property damage, other than damage to consigned products in your possession.

## 8.  Do you offer any financing programs?

Yes. You are expected to make your own financing arrangements. However, to facilitate financing for our prospective distributors, we have entered into an arrangement with a third party lender, Bank of America Leasing and Capital, LLC (the "Bank"). You may obtain financing from any source you wish and you are not obligated to obtain financing from the Bank, although any such debt will be expressly subordinated and junior to any lien we may have against your distributorship. If you do obtain financing from the Bank, we guaranty your obligations to the Bank. There are two types of loans generally available for qualified candidates, a five year loan and a ten year loan. The interest rates payable by the distributor on the loans are based on a premium above the prevailing average yield for an issue of U.S. Treasury Notes.

## 9.  Are there any closing costs or other fees as part of purchasing a route?

There are no closing costs or fees charged to either the buyer or the seller.   Pepperidge Farm works with candidates to determine if they are qualified to purchase a distributorship.   However, the prospective purchaser must meet Pepperidge Farm's requirements as to character, ability, financial responsibility, business acumen, adequate facilities and involvement in the business.

## 10.  Where/How do I get my product?

The product is ordered through the SDA's handheld computer and delivered on consignment as follows:
Snacks Distributorships: Generally, the product is delivered to an authorized location once per week. Depending on the location, the SDA may be responsible for the costs of the storage unit/warehouse.

CONFIDENTIAL

Exhibit 24
Page 377
PF-GA-ESI-052900

Bakery Distributorships: Bakery depots have 5-day deliveries; generally, the SDA picks up product on Mondays, Tuesdays, Thursdays, Fridays, and Saturdays.

## *11.  Is a Pepperidge Farm distributorship a franchise?*

There are no royalties or franchise fees related to owning a Pepperidge Farm route.  Since Pepperidge Farm receives no direct or indirect payment from any incoming distributor when he or she purchases a distributorship from an outgoing distributor, Pepperidge Farm distributorships acquired in this manner are not deemed to be franchises.  In addition, Pepperidge Farm distributors have only a very limited right to use Pepperidge Farm trademarks.  Finally, Pepperidge Farm does not exercise significant control with respect to the operation of a distributor's business.

## *12.  What is the process to buy a route? / What do I need to do to get started?*

- You start the process by completing a Candidate Information Sheet (CIS).
- You research the routes that are for sale by the owners and discuss/negotiate with the owners themselves regarding their sale price. We encourage you to conduct due diligence to research and understand the territory and sales volume of the route thoroughly.
- You communicate and interview with the local Pepperidge Farm District Sales Manager, as this is part of the qualifying process.
- Following the interview with the District Sales Manager and agreement with the seller on the terms of the sale, the Regional Business Development Manager sends you the remaining forms to complete the application process.
- The entire process including paperwork and interview completion for pre-qualification, final approval from our corporate office, and closing on the sale takes approximately 4-6 weeks.  The time period may vary depending on the route transaction taking place and any delays caused by any number of factors.

\* \* \* \* \*

**The foregoing is only a summary of issues pertaining to applying for and owning a Pepperidge Farm distributorship.  We do not make any representations about a distributorship's future financial performance or the past financial performance of company-owned or distributor-owned distributorships.**

**NEITHER PEPPERIDGE FARM, INCORPORATED NOR ANY OF ITS RESPECTIVE EMPLOYEES OR REPRESENTATIVES MAKES ANY REPRESENTATIONS OR GUARANTEES WITH RESPECT TO THE SALES OR OTHER INFORMATION REGARDING THE PURCHASE OF A PEPPERIDGE FARM DISTRIBUTORSHIP, INCLUDING WITHOUT LIMITATION THE FAIR MARKET VALUE OF ANY EXISTING PEPPERIDGE FARM DISTRIBUTORSHIP OR WITH RESPECT TO THE TAX, FINANCIAL, OPERATIONAL OR LEGAL OUTCOMES OF ANY TRANSACTIONS OR ARRANGEMENTS TO ACQUIRE ANY SUCH DISTRIBUTORSHIP FROM ANY CURRENT PEPPERIDGE FARM DISTRIBUTOR.  ANY INVESTMENT IN SUCH DISTRIBUTION RIGHTS INVOLVES POTENTIAL RISKS.  EACH PROSPECTIVE PURCHASER SHOULD CONSULT WITH HIS, HER OR ITS OWN ADVISORS AS TO LEGAL, TAX, BUSINESS, FINANCIAL AND RELATED ASPECTS OF THE PURCHASE OF SUCH DISTRIBUTION RIGHTS.  PAST PERFORMANCE IS NO GUARANTEE OF FUTURE RETURN.**

**May 2011**

CONFIDENTIAL

Exhibit 24
Page 378

PF-SGA-ESI-052901