# EXHIBIT 1

| | |
|---|---|
| **From:** | Mark Dollbaum [CN=Mark Dollbaum/OU=US/OU=PEPPFARM/O=CSC] |
| **Sent:** | Thursday, August 11, 2011 10:49:07 PM |
| **To:** | Kyle Jordan |
| **Subject:** | Re: F12 Transactions Goals |
| **Attachments:** | Forecast Rationale F'12.docx |

Kyle, this number is not realistic. All of the new tools have not delivered any transactions. We do not have the bakery piece that was 130% up over prior year. We are the smallest region for trucks, but the highest region for Snack transactions. We completed 18 company route transactions last year and they will not be sold again this year. The nation and the west have been trending down for several years. The financial guidelines have become stricter - higher down payments, background checks, business plans etc.

Candidates can not live on the NET income remaining after making the loan payment. We are actively searching for young people in their twenties because they might have extremely low rent, under $500 to qualify, but they are not necessarily the best candidates. This objective is not achievable. Any of the other regions would agree this Snack number is too high. This number sets us up to fail. Thanks

<<Missing Image>>

Mark Dollbaum
mark_dollbaum@pepperidgefarm.com
Business Development Manager
714-841-2050 Office
714-843-0106 Fax


From: Kyle Jordan/US/PEPPFARM/CSC
To: Brad Humburg/US/PEPPFARM/CSC@CSC
Cc: Mark Dollbaum/US/PEPPFARM/CSC@CSC, Lynn Tompkins/US/PEPPFARM/CSC@CSC, Ronald Woolsey/US/PEPPFARM/CSC@CSC
Date: 08/11/2011 12:58 PM
Subject: Re: F12 Transactions Goals

Brad,
It is 78 and 91 with realignments.

I just wanted you to see why and how we got there.

I have not yet finalized or had the final conversations with BDMs on these.
I needed final truck count first.

We all need to look at F'11 actuals, not what was submitted and
Your 72 denoted a flat to prior year objective and negative to last years actuals.
With the dozen or so new tools this year, we should be able to achieve these numbers.

There is another region is higher than Mark (West). They are at almost 9%, not 5.1%, but based on trends, tools, support and route for sale, they should be able to achieve it.

These are based on current routes for sale, (including terminated routes) of which we will be accepting low offers.

see grid below

Kyle Jordan | Pepperidge Farm Incorporated | Director of Distributor Development
( 203/ 846 - 7323 Office | (203/ 846 - 7131 Fax * Kyle_Jordan@pepperidgefarm.com

From: Brad Humburg/US/PEPPFARM/CSC
To: Kyle Jordan/US/PEPPFARM/CSC@CSC
Cc: Mark Dollbaum/US/PEPPFARM/CSC@CSC
Date: 06/08/2011 07:21 PM
Subject: F12 Transactions Goals

Kyle,

Just got the preliminary Route Infrastructure growth goals for F'12 from Mark D at (72), without realignments. That's +26% higher than what we submitted as guidance! I can understand a degree of variance from what we submitted, but this extreme. We scrubbed deep & provided reasoning to support. I'm also hearing that other regions are coming in down vs. PY?

I would like to get together & discuss with Mark & I soon. I'd like to better understand the Total US goals, and the distribution of the goals amongst the regions. Thanks,

Brad Humburg
Customer Vice President - West Region
Pepperidge Farm
Cell    715-441-0594

CONFIDENTIAL

PF-CA-ESI-066169