# EXHIBIT 8



June 26, 2015

TO:   ALL CALIFORNIA SDAs (via mail)

As you may know, Pepperidge Farm is defending against a lawsuit brought by two former California SDAs who claim that Pepperidge Farm misclassified them as independent businesspersons, and should have treated them as employees. Pepperidge Farm's position is that SDAs are properly classified as independent businesspersons.

Currently, the lawsuit only involves the two plaintiffs. But they are seeking to raise their claims on behalf of all current and some former SDAs in California. The court has not yet decided whether they can do so, and Pepperidge Farm's position is that they shouldn't be able to.

The plaintiffs are seeking to recover overtime pay, reimbursement of business expenses, meal and rest period pay, and other types of relief. If there is ever a ruling that California SDAs have been misclassified as independent businesspersons, it is unclear what the impact would be on the day-to-day operations of distributorships or the ability of SDAs to market and sell their routes.

While Pepperidge Farm is vigorously defending against the lawsuit, we cannot predict the potential outcome or impact of the lawsuit. Each SDA should continue to consult with his, her or its own advisors regarding the legal, tax, business, financial and related aspects of any purchase and/or sale of a distributorship.

Finally, we are providing the following additional details about the lawsuit for your reference. The name of the lawsuit is *Raymond Alfred and Marvin Barrish v. Pepperidge Farm, Incorporated*; the case number is 14-cv-07086-JAK-RZ; and it is pending in the United States District Court for the Central District of California.

Sincerely,

Kyle Jordan
VP, Distribution Strategy