# EXHIBIT 10

```
 1           UNITED STATES DISTRICT COURT
 2           CENTRAL DISTRICT OF CALIFORNIA
 3    ------------------------------------X
      RAYMOND ALFRED and MARVIN           )
 4    BARRISH, individually and           )
      on behalf of all others             )
 5    similarly situated,                 )Civ. No.
                                          )2:14-cv-07086
 6                    Plaintiffs,         )JAK (RZx)
              vs.                         )
 7                                        )
      PEPPERIDGE FARM, INC., a            )
 8    Connecticut Corporation,
      and DOES 1-100, inclusive,
 9
                      Defendants.
10    ------------------------------------X
11                September 18, 2015
12                9:40 a.m.
13
14           VIDEOTAPED DEPOSITION OF
15    KYLE JORDAN, taken by Plaintiffs, held at the
16    offices of Morgan Lewis & Bockius LLP, 101
17    Park Avenue, New York, New York, pursuant to
18    Notice, before Mayleen Cintrón Ahmed, a
19    Registered Merit Reporter, Certified Realtime
20    Reporter, and Notary Public of the State of
21    New York.
22
23
24
25    JOB NO. 2138985
```

Page 1

```
 1        A.    Those are the ones that -- that --
 2   you know, that come first to mind.
 3        Q.    All right.
 4              Have you had communications with
 5   SDAs in California about this litigation?        05:32:04
 6        A.    I have.
 7        Q.    Okay.
 8              So you sent a letter to California
 9   SDAs, correct?
10        A.    That's correct.                       05:32:21
11        Q.    And why did you send a letter to
12   California SDAs about this litigation?
13        A.    I thought it was important for
14   them to know that there is litigation
15   occurring in the State of California that was    05:32:29
16   important for them to have knowledge of.
17        Q.    Any -- any other reason why you
18   sent the letter to SDAs in California?
19        A.    That's the main reason, I think,
20   if these two Plaintiffs are -- are -- are        05:33:02
21   suing Pepperidge Farm on behalf of California
22   distributors, I think they have a right to
23   know about it.
24        Q.    And then you also have been
25   phoning California distributors, correct?        05:33:20
```

Page 362

```
 1        A.    I have conversations with
 2   California distributors, yes.
 3        Q.    About this litigation, right?
 4        A.    Conversations with them, yeah.
 5        Q.    And you got -- you asked district      05:33:32
 6   sales managers in California to provide you
 7   with -- with names of people they thought
 8   might be most receptive to hearing from you;
 9   is that right?
10        A.    I don't recall specifically asking     05:33:49
11   district managers for the names, no.
12        Q.    How did you come to identify which
13   people to call?
14        A.    I believe a list was provided to
15   me by the regional vice president.                05:33:56
16        Q.    And how long a list was it?
17        A.    I don't recall.
18        Q.    How many -- how many SDAs did you
19   call?
20        A.    A dozen or so.                         05:34:05
21        Q.    Okay.
22              And what did you say to them about
23   the litigation?
24        A.    I asked them if they were aware
25   that there was a litigation.  Many of them        05:34:12
```

Page 363

```
 1   knew; some didn't.  I told them that I had
 2   sent them a letter; they were informed that
 3   there was a current litigation.
 4        Q.   Okay.
 5             What else do you remember saying          05:34:27
 6   to them about the litigation?
 7        A.   What else did I say to them?  You
 8   know, I said that I don't know how -- what
 9   the outcome of this case would be, but that
10   we are defending it.  And that was the extent     05:34:46
11   of our conversations.
12        Q.   Okay.
13             And did you have, like, a script
14   that you used in making the calls to them,
15   notes?                                             05:34:59
16        A.   Not that I can recall.  It was
17   just basic conversations.  Right?
18        Q.   And did you tell SDAs that you
19   spoke to that -- that you didn't know what
20   would happen to their route value if this          05:35:09
21   case continued?
22        A.   Yeah.  I said I didn't know what
23   would happen if the court ruling came down
24   what that would mean to anything, our system,
25   our model, the valuation of their routes.          05:35:17
```

Page 364