1 | PETER RUKIN (SBN 178336)
2 | *prukin@rukinhyland.com*
3 | VALERIE BRENDER (SBN 298224)
  | *vbrender@ rukinhyland.com*
4 | RUKIN HYLAND & RIGGIN LLP
5 | 1939 Harrison Street, Suite 290
  | Oakland, CA 94612
6 | Telephone:  (415) 421-1800
7 | Facsimile:   (415) 421-1700

8 | (Additional counsel listed below)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFRED, MARVIN BARRISH, and ASHLEY ALVES, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PEPPERIDGE FARM, INC., a Connecticut Corporation, and DOES 1-100, inclusive,<br><br>　　　　　　Defendant. | LEAD CASE NO.: LA CV14-07086-JAK (SKx)<br><br>Consolidated with Case Nos.:<br>　LA CV19-01660-JAK (SKx)<br>　LA CV19-01998-JAK (SKx)<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Hearing date: June 17, 2019**<br>**Time: 8:30 a.m.**<br>**Courtroom: 10 B**<br>**Judge: Hon. John A. Kronstadt** |

WILMER J. HARRIS (SBN: 150407)
*wharris@sdshhlaw.com*
SCHONBRUN SEPLOW HARRIS &
HOFFMAN LLP
715 Fremont Avenue, Suite A
S. Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

THOMAS V. URMY, JR. (admitted pro hac vice)
*turmy@shulaw.com*
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

ADAM J. SHAFRAN (admitted pro hac vice)
*ashafran@rflawyers.com*
JONATHON D. FRIEDMANN (admitted pro hac vice)
*jfriedmann@rflawyers.com*
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Telephone: (617) 723-7700
Facsimile: (617) 227-0313

ROBERT J. WOZNIAK, JR. (pro hac vice admission pending)
*Rwozniak@fklmlaw.com*
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

Attorneys for Plaintiffs

1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on June 17, 2019, at 8:30 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable John A. Krondstadt, in Courtroom 10B of the United States District Court for the Central District of California, Western Division, located at 350 W. First Street, Los Angeles, California, Plaintiffs Raymond Alfred, Marvin Barrish, Ashley Alves, Matthew Jones, Daniel Mulhern, Edmund Sayward Sr., and John Provost will and hereby do move this Court for an order granting their Motion for Preliminary Approval of Class Action Settlement.

    This motion is based on this Notice of Motion and Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the attached Memorandum of Points And Authorities in Support of Motion, the Declaration of Peter S. Rukin and its attached exhibit, the Declaration of Adam J. Shafran, the Declaration of Thomas J. Urmy and its attached exhibit, the Declaration of Wilmer J. Harris, and the Declaration of Robert J. Wozniak, all of which Plaintiffs filed concurrently with this Motion, and all other pleadings and papers on file in this action, and such argument as the Court may hear.

Dated: April 30, 2019        RUKIN HYLAND & RIGGIN LLP

By: /s/ Peter Rukin
     Peter Rukin

PETER RUKIN
*prukin@rukinhyland.com*
VALERIE BRENDER
*vbrender@ rukinhyland.com*
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612

| | |
|---|---|
| 1 | Telephone: (415) 421-1800 |
| 2 | Facsimile: (415) 421-1700 |

WILMER J. HARRIS
*wharris@sdshhlaw.com*
SCHONBRUN SEPLOW HARRIS &
HOFFMAN LLP
715 Fremont Avenue, Suite A
S. Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

THOMAS V. URMY, JR.
turmy@shulaw.com
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

ADAM J. SHAFRAN
ashafran@rflawyers.com
JONATHON D. FRIEDMANN
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Telephone: (617) 723-7700
Facsimile: (617) 227-0313

ROBERT J. WOZNIAK, JR.
*Rwozniak@fklmlaw.com*
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

Attorneys for Plaintiffs