UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV14-07086 JAK (RZx) | Date | June 17, 2019 |
| Title | Raymond Alfred, et al. v. Pepperidge Farm, Inc., et al. | | |
| | (Consolidated with Case No. LA CV19-01660 JAK (SKx): Daniel Mulhern v. Pepperidge Farm, Inc. and LA CV19-01998 JAK (SKx): Marc Abbott, et al v. Pepperidge Farm, Inc.) | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Myra Ponce |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter S. Rukin | Paul C. Evans |
| Adam J. Shafran | |
| Thomas V. Urmy | |

**Proceedings:**      **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 178)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") (Dkt. 178), subject to the resolution of certain issues following the submission of additional information. Counsel address the Court.

The Court directs that the PAGA allocation be increased from $133,000 to $190,000. Additionally, the Court directs Plaintiffs to file a supplemental brief no later than July 1, 2019. The supplemental brief shall provide the following information:

1. An estimate of the number of hours each Named Plaintiff has spent assisting with this litigation;
2. An estimate of the lodestar for each law firm that has represented Plaintiffs in this action, which includes the total number of hours billed by each attorney and his or her hourly rate(s) during the relevant time period; and
3. Evidence to support the reasonableness of the hourly rates charged by each attorney identified in response to Part 2.

Upon receipt of the supplemental brief, the Motion will be taken **UNDER SUBMISSION**, with a written order to follow.

**IT IS SO ORDERED.**

|  | : | 26 |
|---|---|---|
| Initials of Preparer | ak | |