PETER RUKIN (SBN 178336)
prukin@rukinhyland.com
VALERIE BRENDER (SBN 298224)
vbrender@rukinhyland.com
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612
Telephone:  (415) 421-1800
Facsimile:   (415) 421-1700

WILMER J. HARRIS (SBN 150407)
wharris@sdshhlaw.com
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
715 Fremont Avenue, Suite A
S. Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

(Additional counsel listed on the next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFRED, MARVIN BARRISH, and ASHLEY ALVES individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PEPPERIDGE FARM, INC., a Connecticut Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | LEAD CASE NO.: LA CV14-07086-JAK (SKx)<br><br>Consolidated with Case Nos.:<br>   LA CV19-01660-JAK (SKx)<br>   LA CV19-01998-JAK (SKx)<br><br>Hon. John A. Kronstadt<br><br>**JOINT REPORT REGARDING MAILING OF CLASS NOTICE** |

THOMAS V. URMY, Jr. (admitted pro hac vice)
*turmy@shulaw.com*
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

ADAM J. SHAFRAN (admitted pro hac vice)
*ashafran@rflawyers.com*
JONATHON D. FRIEDMANN (admitted pro hac vice)
*jfriedmann@rflawyers.com*
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Telephone: (617) 723-7700
Facsimile: (617) 227-0313

ROBERT J. WOZNIAK, JR. (admitted pro hac vice)
*Rwozniak@fklmlaw.com*
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

Attorneys for Plaintiffs and the Classes

CARRIE A. GONELL (SBN 257163)
*carrie.gonell@morganlewis.com*
JOHN D. HAYASHI, (SBN 211077)
*john.hayashi@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Tel: 714.830.0600
Fax: 714.830.0700

JOHN S. BATTENFELD (SBN 119513)
*john.battenfeld@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel: +1.213.612.2500
Fax: +1.213.612.2501

PAUL C. EVANS (admitted pro hac vice)
*paul.evans@morganlewis.com*
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Attorneys for Defendant Pepperidge Farm, Incorporated

The parties hereby jointly advise the Court regarding the mailing of class notice. On October 10, 2019 the Court conditionally certified the class for settlement purposes, preliminarily approved the parties' class action settlement and ordered dissemination of notice to the class. Dkt. 193.

On November 19, 2019, Rust Consulting, the Settlement Administrator, mailed notice to the Class.

On November 25, 2019, counsel learned of a calculation error in notices sent to Illinois subclass members. Counsel immediately alerted Rust to the issue. Rust investigated and determined that it had used an incorrect mathematical algorithm[1] in determining each Illinois subclass member's share of the settlement fund. Rust immediately recalculated the settlement allocation for Illinois subclass members using the correct algorithm and prepared corrected notices. On Tuesday, November 26, 2019, Rust overnighted the corrected notices to all Illinois subclass members by Federal Express for delivery on Wednesday, November 27, 2019. Rust included a cover letter in each federal express envelope explaining its previous error.

Dated: December 2, 2019         RUKIN HYLAND & RIGGIN LLP

By: /s/ Peter Rukin
    Peter Rukin

    PETER RUKIN
    VALERIE BRENDER
    RUKIN HYLAND & RIGGIN LLP
    1939 Harrison Street, Suite 290
    Oakland, CA 94612

---

[1] Illinois subclass members are entitled to receive a settlement award equal to a specific monetary amount for each year they were a distributor from 2006-2013 plus a different specific monetary amount for each year they were a distributor from 2013 to the present. Rust inadvertently multiplied these two amounts instead of adding them for each Illinois subclass member.

| | | |
|---|---|---|
| 1 | | ADAM J. SHAFRAN |
| 2 | | JONATHON D. FRIEDMANN<br>RUDOLPH FRIEDMANN LLP<br>92 State Street |
| 3 | | Boston, MA 02109 |
| 4 | | WILMER J. HARRIS<br>SCHONBRUN SEPLOW HARRIS & |
| 5 | | HOFFMAN LLP<br>715 Fremont Avenue, Suite A |
| 6 | | S. Pasadena, CA 91030 |
| 7 | | THOMAS V. URMY, JR.<br>SHAPIRO HABER & URMY LLP |
| 8 | | Seaport East<br>Two Seaport Lane |
| 9 | | Boston, MA 02210 |
| 10 | | ROBERT J. WOZNIAK, JR.<br>FREED KANNER LONDON & MILLEN, |
| 11 | | LLC |
| 12 | | 2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015 |
| 13 | | |
| 14 | | Attorneys for Plaintiffs |
| 15 | | |
| 16 | | |
| 17 | DATED: December 2, 2019 | MORGAN, LEWIS & BOCKIUS LLP |
| 18 | | |
| 19 | | By */s/* Paul C. Evans _____ |
| 20 | | PAUL C. EVANS<br>MORGAN, LEWIS & BOCKIUS LLP |
| 21 | | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071 |
| 22 | | |
| 23 | | Attorneys for Defendant<br>PEPPERIDGE FARM, INCORPORATED |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT REPORT REGARDING MAILING OF CLASS NOTICE          Case No. LA CV14-07086-JAK (SKx)