UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-07086 JAK (SKx) | Date | February 24, 2020 |
|---|---|---|---|
| Title | Raymond Alfred et al. v. Pepperidge Farm, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Peter S. Rukin<br>Adam J. Shafran | Paul C. Evans |
| Attorneys Present for Objectors: | |
| John Shaeffer<br>Jordann R. Conaboy | |

**Proceedings:**     **PLAINTIFF'S MOTION FOR CORRECTIVE NOTICE (DKT. 205)**

The motion hearing is held. The Court states its tentative view that it is inclined to grant Plaintiffs' Motion for Corrective Notice (Dkt. 205) (the "Motion"), although argument is invited as to whether the issues presented could be considered at a hearing on the motion for final approval. Counsel address the Court and present their respective views as to the following: (i) whether corrective notice is necessary and appropriate; (ii) the content of any corrective notice; (iii) to which class members corrective notice should be provided; and (iv) appropriate methods for providing such notice.

The Court adheres to its tentative view that alleged miscommunications with class members are sufficiently material to warrant a corrective notice to those Class members who are active distributors. Therefore, the Motion is **GRANTED**.

Counsel shall meet and confer and file a joint report as to their respective and/or collective views, as to what notice should be provided and to whom. The Court notes that counsel for the objectors have opposed a new notice, and submitting proposed language as required is not a waiver of that position. The joint report shall also include two versions of proposed notice. The first will be the language proposed by Class counsel for the corrective notice to those members of the Class who have objected or opted out at this time. It will also include a red-line with any changes proposed by counsel for the objectors. The second version will be that proposed by counsel for the objectors to all members of the Class, except former distributors. It will also include a red-line with any changes proposed by counsel for the Class. Submitting proposed language as required is not a waiver of the objection by Counsel for the Class to the issuance of such a notice.

The joint report shall also address any agreements and disagreements as to the method of notice by the Administrator, whether the notice will be posed on the corresponding website and the expected schedule for providing notice once an order issues as to its content. The parties shall file the joint report on or before **March 16, 2020**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-07086 JAK (SKx) | Date | February 24, 2020 |
|---|---|---|---|
| Title | Raymond Alfred et al. v. Pepperidge Farm, Inc., et al. | | |

#

Based on the present estimates of the time that will be required to complete the notice process, the Final Approval Hearing is scheduled for **September 14, 2020** at **8:30 a.m.** The motion for final approval shall be filed on or before **July 20, 2020**. These dates may be changed depending on the time required to complete the processes described above. A separate order will be issued following the submission of the joint report as to the scope and content of the corrective notice.

**IT IS SO ORDERED.**

: 37

Initials of Preparer    cw

Page **2** of **2**

#