# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFRED, MARVIN BARRISH, and ASHLEY ALVES, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>PEPPERIDGE FARM, INC., a Connecticut Corporation, and DOES 1-100, inclusive,<br>　　　　　Defendant. | LEAD CASE NO. LA CV14-07086-JAK (SKx)<br><br>Consolidated with Case Nos.:<br>　LA CV19-01660-JAK (SKx)<br>　LA CV19-01998-JAK (SKx)<br><br>**JUDGMENT**<br><br>JS-6 |

The Parties reached a settlement subject to Court approval as represented in the Settlement Agreement that was filed previously with this Court. This Court conducted a final approval hearing pursuant to this Court's Order re Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order" (Dkt. 193)) and granted Plaintiffs' Motion for Final Approval of Class Action Settlement Judgment and Motion for Attorneys' Fees and Costs and Service Awards (the "Final Approval Order" (Dkt. 288)). In accordance with the Final Approval Order and this Court's Order re Final Approval Order and Stipulation Regarding Attorneys' Fees and Costs, Objections, and Agreement Forgoing Appeal (Dkt. 315),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment in this matter is entered in accordance with the Settlement Agreement.
2. The stay of the Final Approval Order is lifted.
3. The parties shall effect the Settlement Agreement according to its terms and according to the terms of the prior orders.
4. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over this action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: July 12, 2022

_____
John A. Kronstadt
United States District Judge